JUDGE THOMAS O. RICE

Braden Pence, WSBA #43495
Joe Shaeffer, WSBA #33273
Mika Rothman, WSBA #55870
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104-1745
Phone: 206-622-1604

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAMES LEIGHTY,

Plaintiff,

v.

SPOKANE COUNTY, a municipal corporation; SHERIFF JOHN NOWELS, an individual; and SPOKANE COUNTY SHERIFF'S OFFICE, a subdivision of a municipal corporation,

Defendants.

No. 2:24-cv-00165-TOR

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS

NOTED: JUNE 17, 2024

*WITHOUT ORAL ARGUMENT*

**ORDER**

This matter came before the Court on Plaintiff's Motion to Exceed Page Limits for his Motion for Preliminary Injunction. THIS COURT, having reviewed Plaintiff's Motion, the record herein, and being otherwise fully advised in this matter NOW THEREFORE ORDERS AS FOLLOWS:

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

Plaintiff has shown good cause to file a brief exceeding the page limits set forth in Local Civil Rule 7(f)(2). The Court shall consider Plaintiff's Motion for Preliminary Injunction as filed.

DATED this ______ of ___________, 2024.

Judge Thomas O. Rice
United States District Court Judge

PRESENTED BY:

MacDONALD HOAGUE & BAYLESS

By: */s/Joseph Shaeffer*
Braden Pence, WSBA #43495
Joe Shaeffer, WSBA #33273
Mika Rothman, WSBA #55870
BradenP@mhb.com
Joe@mhb.com
MikaR@mhb.com

*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS - 2

No. 2:24-cv-00165-TOR

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961