1

JUDGE THOMAS O. RICE

2

Braden Pence, WSBA #43495
3
Joe Shaeffer, WSBA #33273
Mika Rothman, WSBA #55870
4
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
5
Seattle, Washington 98104-1745
6
Phone: 206-622-1604

7

8

9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE
10

| | |
|---|---|
| JAMES LEIGHTY, | No. 2:24-cv-00165-TOR |
| Plaintiff, | DECLARATION OF MIKA ROTHMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| SPOKANE COUNTY, a municipal corporation; SHERIFF JOHN NOWELS, an individual; and SPOKANE COUNTY SHERIFF'S OFFICE, a subdivision of a municipal corporation, | NOTED: JUNE 24, 2024 |
| | *WITHOUT ORAL ARGUMENT* |
| Defendants. | |

11

12

13

14

15

16

17

18      I, Mika Rothman, declare as follows:

19      1.      I am one of the attorneys for Plaintiff James Leighty.  I am over the

20  age of 18, and am competent to testify.

21      2.      The Spokane County Sheriff's Office has a Facebook page titled

22  "Spokane County Sheriff's Office." In the "Intro" section of the page, it is labeled

23  as a "Law Enforcement Agency" page and lists the Office's official website, phone

DECLARATION OF MIKA ROTHMAN IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 1

No. 2:24-cv-00165-TOR

19619.00002 qj262903

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

number, email address, and physical address.

3.      The "Intro" section of the page contains the following text: "Sheriff J. Nowels-Limited Public Forum Policy" and links to a document titled "Spokane County Sheriff's Office Social Media Disclaimer." **Exhibit 1** is a true and correct copy of the Disclaimer document.

4.      Any of the nearly 3 billion Facebook users can view the SCSO Facebook page.

5.      Any Facebook user can also view and "follow" the SCSO Facebook page. When a Facebook user "follows" the SCSO Facebook page, they effectively subscribe to posts written and published by the SCSO. These posts appear on the user's home feed, which is a unique compilation of posts presented to each user when they log into their Facebook account.

6.      Only "administrators" of SCSO's page can "post" to its Facebook page, but any member of the public can interact with SCSO's posts in a number of ways, regardless of whether they "follow" the page. A user can choose from one of several emoticon reactions to a post: "like," "love," "care," "haha," "wow," "sad," or "angry." A user can share the post directly to their Facebook friends, to their home feed, send it in a private message to another Facebook user, share it to a group of Facebook users, or share it to a Facebook user's profile page. A user also can comment on the post directly, reply to a comment posted by another user, or apply an emoticon reaction to the post.

7.      Facebook allows administrators of a page to "hide" comments posted to the page by other users. A "hidden" comment is visible only to the user who

DECLARATION OF MIKA ROTHMAN IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 2

No. 2:24-cv-00165-TOR

19619.00002 qj262903

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

1    posted it and their Facebook "friends" but invisible to everyone else.

2        8.    Page comments that are not "hidden" are visible to anyone who views

3    the page, regardless of whether they are a Facebook user logged into their account.

4        9.    On March 23, 2021, SCSO posted on its Facebook page, announcing

5    that no charges would be filed against one of its deputies who fatally shot a

6    Spokane resident. Comments offering support for SCSO and the deputy are visible

7    on the post. **Exhibit 2** is a true and correct copy of the post and all viewable

8    comments as of April 15, 2024. SCSO applied a "thumbs up" emoticon reaction to

9    five comments, each of which expressed support for law enforcement or the

10   deputy's actions. **Exhibit 3** contains true and correct copies of screenshots

11   showing SCSO's reaction to these comments.

12       10.   On October 19, 2023, SCSO posted on its Facebook page, announcing

13   the details of an investigation and arrest.  Comments expressing support for SCSO

14   remained viewable. **Exhibit 4** is a true and correct copy of the post and all

15   viewable comments as of April 12, 2024. SCSO applied a "thumbs up" emoticon

16   reaction to a comment that expressed support for law enforcement. **Exhibit 5**

17   contains true and correct copies of screenshots showing SCSO's reaction to this

18   comment.

19       11.   On October 26, 2023, SCSO posted on its Facebook page, announcing

20   the details of a major drug bust. Only positive comments remain visible on the

21   post.  **Exhibit 6** is a true and correct copy of the post and all viewable comments as

22   of April 12, 2024. SCSO applied a "thumbs up" emoticon reaction to two of the

23   comments: "Great work, thank you for protecting us" and "Good job guys and

DECLARATION OF MIKA ROTHMAN IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 3

No. 2:24-cv-00165-TOR

19619.00002 qj262903

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

1  gals!!". **Exhibit 7** contains true and correct copies of screenshots showing SCSO's

2  reaction to these comments.

3      12.    On March 20, 2024, SCSO posted on its Facebook page, announcing

4  an investigation into a civilian shooting that occurred the same day and providing

5  "initial information" about the shooting. **Exhibit 8** is a true and correct copy of the

6  post and all viewable comments as of April 12, 2024. SCSO applied a "thumbs up"

7  emoticon reaction to six comments. **Exhibit 9** contains true and correct copies of

8  screenshots showing SCSO's reaction to these comments.

9      13.    On May 8, 2024, SCSO posted on its Facebook page, announcing

10  that a murder suspect whom SCSO investigated and arrested had been convicted

11  and sentenced. Plaintiff commented on the post, asking when an SCSO deputy who

12  had attacked an elderly man during an arrest would be charged. **Exhibit 10** is a

13  true and correct copy of the post and all viewable comments as of May 10, 2024.

14  SCSO applied a "thumbs up" emoticon reaction to six comments. **Exhibit 11**

15  contains true and correct copies of screenshots showing SCSO's reaction to these

16  comments. SCSO also allowed public comments wishing violence or death on

17  others to remain visible.

18      I declare under penalty of perjury of the laws of the United States of

19  America and the State of Washington that the foregoing is true and correct.

20      DATED this 16th day of May, 2024, at Seattle, Washington.

21

22      */s/Mika Rothman*
    Mika Rothman

23

DECLARATION OF MIKA ROTHMAN IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 4

No. 2:24-cv-00165-TOR

19619.00002 qj262903

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

1

## CERTIFICATE OF SERVICE

2     I certify that on the date noted below I electronically filed this document

3   entitled **Declaration of Mika Rothman in Support of Plaintiff's Motion for**

4   **Preliminary Injunction** with the Clerk of the Court using the CM/ECF system.

5

6

7     DATED this 16th day of May, 2024, at Seattle, Washington.

8

9                                  */s/Olivia Doolan*
                                  Olivia Doolan, Legal Assistant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF MIKA ROTHMAN IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 5

No. 2:24-cv-00165-TOR

19619.00002 qj262903

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

EXHIBIT 1

TO DECLARATION OF MIKA ROTHMAN

**SPOKANE COUNTY**
**SHERIFF**
**SHERIFF JOHN F. NOWELS**

*"In partnership with the community -*
*Dedicated to your safety"*

# Spokane County Sheriff's Office Social Media Disclaimer

The purpose of the Spokane County Sheriff's Office's participation in social media is to enhance communication, collaboration, information exchange, and transparency, streamline processes, and foster productivity. Spokane County Sheriff's Office (SCSO) endorses the secure use of social media to enhance and support SCSO program goals and objectives.

There is no endorsement, implied or otherwise, by SCSO of any fan posts, links, or photos. Site writers/fans are fully responsible for the content they submit. Opinions expressed by site writers/fans are not the opinions of SCSO. This social media site is intended to serve as a mechanism for communication between the public and SCSO on the listed topics. Any comments submitted to SCSO social media sites are public records subject to disclosure pursuant to RCW 42.56. Public disclosure requests must be directed to the Spokane County Public Disclosure Officer. Please see the Public Records Request Page for more information.

Comments are important to us and others who read these pages. As our community includes people of all ages and backgrounds, this disclaimer is intended to ensure that all posted comments are appropriate for all ages, courteous and respectful of others, and related to matters, activities, programs, policies, and/or operations relevant to Spokane County or Spokane Valley.

SCSO reserves the right to delete postings that are inconsistent with the policies in this disclaimer, including, but not limited to, comments that contain the following prohibited words, text, or information:

- Defamatory, vulgar, obscene, abusive, profane, threatening, hateful, intimidating, or otherwise offensive language.
- Sexual content or links to sexual content.
- Malicious or offensive comments based on gender, race, class, ethnicity, national origin, political affiliation, religion, sexual orientation, disability or other classifications.
- Solicitations or advertisements, including promotion or endorsement of any financial, commercial, or non-governmental agency.
- Attempts to defame or defraud any individual(s) or organizations.
- Posts or comments in support of or opposition to political campaigns or ballot measures.
- Viruses or similar harmful programs, including spam and similar content.
- Proprietary information or intellectual property that is posted without the approval of the owner. Copyrighted or trademarked images or graphics. Imagery not owned by the user.
- Comments on matters unrelated to activities of Spokane County or Spokane Valley, associated boards, committees or programs, policies, operations, or general areas of responsibility and representation.
- Information that may compromise the safety or security of the public, public officials, or public systems.
- Information that violates a local, state, or national law or suggests or encourages illegal activity.

Users participate at their own risk and are personally responsible for their own comments, usernames, and any information provided. Although SCSO welcomes comments consistent with this disclaimer, to protect personal privacy, users should not disclose personally identifiable information. SCSO reserves the right to block users and/or delete comments that are inconsistent with this disclaimer.

EXHIBIT 2

TO DECLARATION OF MIKA ROTHMAN

      



**Spokane County Sheriff's Office**
March 23, 2021 · ⚙

FOR IMMEDIATE RELEASE:

No Criminal Charges in December 2020 Officer Shooting

SPOKANE COUNTY, March 23, 2021 – The Spokane County Prosecutor's Office has determined that Spokane County Detention Services Corrections Officer Sgt. Justin White was justified in his use of lethal force against Nancy J. King. While attempting to communicate with King, she pulled a knife on White and followed him into the jail lobby. As White attempted to back away from her, King ignored White's commands to drop the weapon.

At approximately 4:59pm on the afternoon of December 4, 2020, Spokane Police were dispatched to the Ramada Inn at 923 E. 3rd Ave., Spokane, on a report of a bomb threat against the Frontier Behavioral Health building at 505 E. North Foothills Dr. While Spokane Police were investigating the call, a second bomb threat was called in at 6:59pm against the Emergency Room at Deaconess Hospital in Spokane. Both calls were determined to have originated at the Ramada Inn, Room #101. The only registered guest in that room was Nancy J. King. In at least one of the calls, King identified herself as the caller. However, King would not open the door to investigating officers. King was seen departing the Inn by a Ramada employee at approximately 7:15pm on the same evening. Believing there was a possible mental health issue, Spokane Police had earlier requested a Designated Crisis Responder but the request was denied.

As investigators reviewed their options, at approximately 7:44pm on December 4, 2020, an individual later identified as Nancy King, entered the outer doors of the foyer at the Spokane County Detention Facility and demanded entry into the inside lobby, which was locked to due COVID restrictions. Despite being told that the lobby was closed,

King repeatedly demanded to be let inside and began to ring the buzzer. A Detention Facility cashier employee requested assistance from a Sergeant. Corrections Sgt. Justin White responded to speak with King.

As White neared the locked inner doors, he signaled to the cashier to unlock the door to facilitate a conversation between White and King. After a few seconds, King quickly produced a knife from her coat pocket and immediately raised it to within inches of White's face. White, who had been propping the automatic door open with his foot, immediately stepped backwards into the lobby to gain separation from King and the knife. King followed White inside the lobby and continued to advance towards him. White pulled his service weapon and demanded that King drop the knife as he continued to back away from King. King continuously held the knife high, directly at White, as she advanced.

White first backed up to the north and then, due to obstructions from furniture behind him, turned and backed towards the east away from King. King continued to close towards White with the knife drawn and pointed at him. White continued to order King to drop the knife. Just prior to falling over backwards on a bench chair that was behind him, White fired his service weapon at King who was only several feet from him, with the knife pointed directly at him at the time he fired.

Subsequent investigation showed King was armed with a large knife that was recovered at the scene. Video collected from the jail, along with an eyewitness account of the incident, clearly showed that Nancy King was armed and continued to threaten Sgt. White throughout the incident until shots were fired. King was declared deceased at the scene. The autopsy determined that King died of gunshot wounds. Toxicology tests determined that King's blood ethanol level was .12 and she also tested at .15 mg/L for Citalopram.

Under these facts and circumstances, Sgt. White was justified in his use of deadly force. At the time of the application of deadly force, Sgt. White had an objective good faith belief in the correctness of his actions and that he was acting pursuant to RCW 9A.16.040. Therefore, no criminal charges will be filed against Sgt. White in this matter.



       



**70**                                          36 comments   3 shares

👍 Like            💬 Comment            ↗ Share

All comments ▾

 Comment as Mika Kurose Rothman

**August Knab**
What a surprise

3y   Like   Reply

**Eric Horst**
**Annemarie Frohnhoefer** clearly you're biased and don't care about facts. If you'd have bothered to read a single word of the post, and had an inkling of legal or law enforcement training, you wouldn't make such ridiculous comments.

3y   Like   Reply   7

**August Knab**
**Eric Horst** Sorry. I didn't realized a three-word sentence would trigger you. My apologies.

3y   Like   Reply   5



**Jane Peterson**
**Eric Horst** perhaps said legal and law enforcement training should be re-evaluated and modified if it results in these situations. Perhaps.
3y    Like    Reply    👍

**Allegra McFadden**
**Jane Peterson** why? The suspect was high and charged someone with a deadly weapon? The Sgt absolutely did the right thing. It's easy to sit back & judge when it's not your own life on the line.
3y    Like    Reply    4 👍

**August Knab**
**Allegra McFadden** The sergeant fell backwards on a piece of furniture and fired. If it weren't so sad it'd almost be funny.
3y    Like    Reply    👍

**August Knab**
But, you know what, judging from your response and Eric's response it's easy to see that neither of you seems to have a grasp of what it means to deescalate a situation. I'm out. Go hurt someone else.
3y    Like    Reply    👍

**Allegra McFadden**
**Annemarie Frohnhoefer** he fell after firing the weapon.... 😴
3y    Like    Reply

**Mike Longfellow**
**Annemarie Frohnhoefer** can you breathe and walk upright at the same time? Geez Reading comprehension challenged?
3y    Like    Reply    2 👍

📍 Author
**Spokane County Sheriff's Office**
Someone moving toward a person with a deadly weapon (knife) is an imminent threat. The jail Sergeant tried to create distance, gave commands and warnings, only then did he fire. You, or anyone else including the Sergeant, have the right to defend you... See more
3y    Like    Reply    15 👍❤

**August Knab**
**Spokane County Sheriff's Office** Thank you for posting the release and referencing the RCW. The prosecutor's office made the determination so my issue is with their decision. I wasn't there, but from what I read in the release it looked to me like an ac... See more
3y    Like    Reply    👍

📍 Author
**Spokane County Sheriff's Office**
The release states, "King continued to close towards White with the knife drawn and pointed at him. White continued to order King to drop the knife. Just prior to falling over backwards on a bench chair that was behind him, White fired his service weap... See more
3y    Like    Reply    5 👍

**August Knab**
Oh, so he fell after he fired. In which case, he was unable to back up any further and she was closing in on him. Very difficult situation.
3y    Like    Reply    2 👍



**August Knab**
Are there any training scenarios similar to this? It'd be interesting to know if this scenario could be run with a variety of outcomes. Is that something your department does? When I was in the military we had AARs to go over scenarios. Does the SCSO do that?

3y    Like    Reply    👍

✏ Author
**Spokane County Sheriff's Office**
**Annemarie Frohnhoefer** yes,we conduct RBT Reality Based Training and simulations. A lot of our training isn't set in a classroom sitting at a table. Law review etc., yes but application, decision making, planning, etc. needs to be reality based.

3y    Like    Reply    2 👍

**Jane Peterson**
**Spokane County Sheriff's Office** are any of your virtual reality training scenarios similar to the King/White one? Do you have virtual reality training scenarios that can end without the officer firing any shots? I've been told that SPD recently added s... See more

3y    Like    Reply    👍

✏ Author
**Spokane County Sheriff's Office**
**Jane Peterson** we train all types of scenarios. To be clear, the Jail is not part of the Sheriff's Office or under our oversight or control. We cannot speak to their training and what they do, only ours.

3y    Like    Reply    3 👍


**Ruth Michaelis**
I am so sorry. How awful for everyone involved.

3y    Like    Reply    👍

**Amanda Hunt**
Good

3y    Like    Reply


**Raquel Robbins**
Good news and of course no social workers would show up they know they would die

3y    Like    Reply

**Jerome Altieri**
I close my eyes. And imagine if I was in that situation. First thing I'd ask. Didn't a tazor work. Did she have Mental issues. Was she threatening my life. 70 years old. I don't know. But very sad.

3y    Like    Reply


**Justin Carey**
Plus this Sgt. Will have to live with this for the rest of his life. Sgt. White, let me express my greatest appreciation to you, as well as your brothers and sisters in service. I'm sure we can all understand the true fact that every day you put your B... See more

3y    Like    Reply    6 👍

**AJ Grovesa**
"Justified" bc he couldn't handle a 70 year old woman. There are more tools in the toolbox than killing someone.

3y    Like    Reply    2 👍



      

 **Allegra McFadden**
**Andres Grovesa** did you know that a person can go approx 21ft in 1.5seconds? She was charging him with a deadly weapon. Please tell us what you would've done differently in 2 seconds to prevent a possible fatal stab wound?

3y   Like   Reply   ❤️

 **AJ Grovesa** **Allegra McFadden** 70 years old, 115lbs(posted by family) and drunk. I have full confidence that most grown men could handle that incident without killing the person. Keep licking them boots tho.....

3y   Like   Reply

 **Allegra McFadden**
**Andres Grovesa** and yet all you managed to do here was throw sideways insults while avoiding the question. I rest my case.

3y   Like   Reply   👍

 **David Goldbloom**
**Andres Grovesa** I am pretty sure you would not immediately think "oh man I should risk being stabbed while taking down this person with a knife in their hands." How would you even subdue that person? Try and grab the knife while she is pointing it towar... See more

3y   Like   Reply   👍

 **Kelly Ann**
Never underestimate violent EDPs

3y   Like   Reply

 **Jack Richard Raymos Jr.**
Never should have made it through the door but people are so worried about what society thinks he could not do what was best for all in the first place this world is going to hell

3y   Like   Reply

 **Rebekah McQuown** 🟦
This is devastating for all parties involved. However, I do take issue with stating the victim's blood alcohol content and private medications as a means to further justify White's actions. It wasn't a DUI, accidental death, or drowning so blood alcoho... See more

3y   Like   Reply   2 👍

 **James Nethery**
**Rebekah McQuown** the key issue is the mixing of the two which could cause manic episodes

3y   Like   Reply   2 👍

 **Rebekah McQuown** 🟦
**James Nethery** Thats not actually what causes manic episodes. A manic episode implies a diagnosis of bipolar disorder/ manic depression. The mixing of the two is known to exacerbate the side effects of the medication and/or heighten effects of alcohol.... See more

3y   Like   Reply   Edited

 **James Nethery**
**Rebekah McQuown** if she was a diagnosed bipolar patient then the alcohol 100% with citalopram will help cause mania....lived 25 years with a bipolar father....come at me sista

3y   Like   Reply








 **Rebekah McQuown** 
James Nethery I don't believe there was mention of her diagnosis? Cymbalta isn't a first line medication for manic depression. Medications such as trileptal, lamictal, and GABA inhibitors are generally used. I know this because they happen to be the s... See more

3y    Like    Reply    Edited

**Justin Carey**
Cops and COs are heroes. Enough said.

3y    Like    Reply    5 👍



EXHIBIT 3

TO DECLARATION OF MIKA ROTHMAN



3y    Like    Reply    Edited

**Justin Carey**
Cops and COs are heroes. Enough said.

3y    Like    Reply    5



Cymbalta isn't a first line medication for manic depression. Me
such as trileptal, lamictal, and GABA inhibitors are generally us
this because they happen to be the s... **See more**

5
Spokane County Sheriff's Office
David Goldbloom    Reply    Edited
Ashley Murphy
Melissa Ball
Allegra McFadden    oes. Enough said.

3y    Like    Reply    5

3y   Like   Reply


**Raquel Robbins**
Good news and of course no social workers would show up they know they would die

3y   Like   Reply


**Jerome Altieri**
I close my eyes. And imagine if I was in that situation. First thing I'd ask. Didn't a tazor work. Did she have Mental issues. Was she threatening my life. 70 years old. I don't know. But very sad.

3y   Like   Reply


**Justin Carey**
Plus this Sgt. Will have to live with this for the rest of his life. Sgt. White, let me express my greatest appreciation to you, as well as your brothers and sisters in service. I'm sure we can all understand the true fact that every day you put your Badge and Gun on that you may not return to your families the following night or day. Thank you.

3y   Like   Reply   6


AJ G...   6
"Just...   Spokane County Sheriff's Office   70 year old woman. There are more tools in the
tool...   David Goldbloom...meone.
           CJ Chris-Justice
3y   L...  Ashley Murphy
           Rachel Sheffield Shackelford
           Allegra McFadden

Andres Grovesa did you know that a person can go approx 21ft in 1.5seconds? She was charging him with a deadly weapon. Please tell us what you would've done differently in 2 seconds to prevent a possible fatal stab wound?

3y   Like   Reply   


**AJ Grovesa**
Allegra McFadden 70 years old, 115lbs(posted by family) and drunk. I have full confidence that most grown men could handle that incident without killing the person. Keep licking them boots tho.....

3y   Like   Reply


**Allegra McFadden**
Andres Grovesa and yet all you managed to do here was throw sideways insults while avoiding the question. I rest my case.

3y   Like   Reply


**David Goldbloom**
Andres Grovesa I am pretty sure you would not immediately think "oh man I should risk being stabbed while taking down this person with a knife in their hands." How would you even subdue that person? Try and grab the knife while she is pointing it towar... See more

3y   Like   Reply



comments.

3y   Like   Reply   7

**August Knab** 🏛
Eric Horst Sorry. I didn't realized a three-word sentence would trigger
you. My apologies.

3y   Like   Reply   5

**Jane Peterson**
Eric Horst perhaps said legal and law enforcement training should be re-
evaluated and modified if it results in these situations. Perhaps.

3y   Like   Reply

**Allegra McFadden**
Jane Peterson why? The suspect was high and charged someone with a
deadly weapon? The Sgt absolutely did the right thing. It's easy to sit
back & judge when it's not your own life on the line.

3y   Like   Reply   4

Augu                4 🏛
Alleg    Spokane County Sheriff's Office ll backwards on a piece of furniture
and        Melissa Ball    ren't so sad it'd almost be funny.
           Rich Kendall
3y         Carl Wommack

**August Knab** 🏛
But, you know what, judging from your response and Eric's response it's
easy to see that neither of you seems to have a grasp of what it means to
deescalate a situation. I'm out. Go hurt someone else.

3y   Like   Reply

**Allegra McFadden**
Annemarie Frohnhoefer he fell after firing the weapon.... 😕

3y   Like   Reply

**Mike Longfellow**
Annemarie Frohnhoefer can you breathe and walk upright at the same
time? Geez Reading comprehension challenged?

3y   Like   Reply   2

✎ Author
**Spokane County Sheriff's Office**
Someone moving toward a person with a deadly weapon (knife) is an
imminent threat. The jail Sergeant tried to create distance, gave commands
and warnings, only then did he fire. You, or anyone else including the Sergeant,
have the right to defend you... See more

3y   Like   Reply   15

**August Knab** 🏛
Spokane County Sheriff's Office Thank you for posting the release and
referencing the RCW. The prosecutor's office made the determination so







# EXHIBIT 4

# TO DECLARATION OF MIKA ROTHMAN









 **Spokane County Sheriff's Office**
October 19, 2023 · 🌐

UAS Assists Deputies with Locating an Injured DV Suspect

Spokane County Sheriff's Deputies searched a wooded area near I-90 and S. Grove Road for a possibly injured and armed Domestic Violence (DV) suspect, with the assistance of a UAS (Unmanned Aerial System).  The suspect was located, taken into custody, and later booked into jail for Violation of a Protection Order with Assault (DV) and a warrant for Violation of a Protection Order (DV).

###

On October 18, 2023, at approximately 7:00 pm, Spokane County Sheriff's Deputies responded to a domestic violence incident report near I-90 and S. Grove Road.

An AMR employee reported he was flagged down by an adult male who stated his ex-husband attacked him.  He told AMR staff the suspect was armed with a utility knife and scissors, bleeding from cuts, and last seen in a wooded area just off the roadway.

Arriving Deputies spoke with the victim, who said he was involved in a physical altercation with the suspect, identified as 51-year-old Michael P. Powers.  He believed that Powers was injured during the incident and did not know where he was but thought he might be seriously injured.

With the possibility Powers was injured, armed, and in a dark, wooded area with thick underbrush, a Deputy with a UAS was requested to assist in the search.  Deputies began searching and located a damaged camping tent, items strewn around the immediate area, and what appeared to be blood drops around the campsite, but Powers was not found.

During an interview, the victim's account continually changed, and he seemed unable to focus on the topic.  He was detained as the search for Powers continued.

Just before 9:00 pm, the UAS operator, using the infrared camera system, located Powers and guided Deputies to his location.  Powers, who was injured, provided medical attention and was safely detained.

When speaking with Powers and the victim, information received was inconstant, incomplete, and/or unanswered, leaving an unclear account of what occurred during this physical altercation.

A check of Powers' name revealed a Protection Order (DV) between the parties and that he had an active misdemeanor warrant- Violating a Protection Order (DV) for his arrest.  He was provided medical treatment for his injuries before being booked into the Spokane County Jail for a new charge of Violation of a Protection Order with Violence and his warrant.

Following the investigation, the victim was released without charges.



      



👍😂 20                                    48 comments  1 share

| Like | Comment | Share |

All comments

**Comment as Mika Kurose Rothman**

**Nate Hasher**
Thank you to sheriff's daughter... Nadine.
24w   Like   Reply

**Guenther 4 Congress** · Follow
Grewat job Spokane Co Sheriff; great Deputies.
25w   Like   Reply                         7 😂

**James Chrestenson**
Did they beat him? Was he sleeping?
24w   Like   Reply                          8 👍

**Anita Wooten Tallman**
Thank you **Spokane County Sheriff's Office**
25w   Like   Reply            6 😂👍

**Ox Brat Homestead**
See how you arrested this guy but not your own officer who comitted elder abuse, among other serious crimes?
25w   Like   Reply                         33 👍

**Mateo Goule**
Victim....
25w   Like   Reply

**Brad Kisela**
(Unmanned Aerial System) LOL aka: drone

          

 **Bob Salsbury**
You might mention that based on RCW passed by Democratic Party legislators he can't be ORd or kicked on a bond on these charges.

25w    Like    Reply

 **AP Baker**
UAS? Pfff... Shouldn't you be finding more 62 year old men to kick the ever loving crap of because they are minding their own business in a parking lot? Tyrants.
I always back blue, but Deputy Hilton is a loose cannon.

25w    Like    Reply                                              8 

    **Craig Engelhardt**
   **AP Baker** they call it a UAS because they think it makes them look smarter than just calling it a drone! FTP!

   25w    Like    Reply                                           2 

       **AP Baker**
      **Craig Engelhardt** video is shocking and appalling

      25w    Like    Reply                                   

 **Jeff Knutson**
Sgt. Clay Hilton says on video that he beat the man because he wasn't listening but after the fact says it was because he was worried about a knife. There's no way in the world where he does this because of knife but then tells this man it was because ...
**See more**

25w    Like    Reply    Edited                                18 

 **Luka Giovanni**
What absolutely disgusting thug deputy you have a clear danger to the public

25w    Like    Reply                                             10 

    **Kevin Marsh**
   **Luka Giovanni** He'll probably be exonerated or allowed to slip away into retirement. If it were me or you we'd be in the clink awaiting a court appearance.

   25w    Like    Reply                                          5 

EXHIBIT 5

TO DECLARATION OF MIKA ROTHMAN





EXHIBIT 6

TO DECLARATION OF MIKA ROTHMAN

      

 **Spokane County Sheriff's Office**
October 26, 2023 · 🌐

SVIU Detectives Nab Drug Dealing Suspect and Recover Large Smorgasbord of Illegal Drugs and Cash

Spokane Valley Investigative Unit (SVIU) Detectives, with the SWAT Team and Patrol Deputies assisting, serve search warrants and arrest an adult male suspected of selling large amounts of illegal drugs, at times, within 1000' of the perimeter of a school ground.  The suspect was booked into the Spokane County Jail on several felony charges with a sentencing enhancement for the School Zone Violation.
###

On October 24, 2023, as part of an ongoing drug investigation, Spokane Valley Investigative Unit (SVIU) Detectives, assisted by the SWAT Team and Patrol Deputies, arrested the primary suspect, identified as 41-year-old Ryan J. Lund, near E. Trent Avenue and N. Pines Road, and served search warrants to recover additional illegal narcotics.

Information gleaned during the investigation indicated Lund was selling Blues/Mexis (pills suspected to contain Fentanyl), Methamphetamine, Heroin, and possibly other illegal drugs/narcotics.  SVIU Detectives noted some of these illicit drug sales occurred with 650'-850' within a school perimeter, well within the 1000" set by state laws, causing a sentencing enhancement to be added.

At the culmination of the arrest and execution of the search warrants.  SVIU Detecive seized approximately:

• 9.33 lbs. of Methamphetamine
• 8,578 Suspected Fentanyl Pills
• 59.4g Suspected Fentanyl Powder
• 56.1g Heroin
• 41.6g Psilocybin Mushrooms
• 4+ Xanax Pills
• 7 digital scales
• 4 drug ledgers
• Food Saver/Sealer
• Mixing Bowl w/Powder Residue
• Misc. Baggies for Packaging
• Mixing Spoons w/Residue
• Cargo Trailer
• 1 Cell Phone/2 Laptops
• $3,760 U.S Currency

Lund was advised of his rights and refused to answer questions.  He was transported and booked into the Spokane County Jail on multiple felony charges, including two with enhancements for selling a controlled substance within 1000' of a school perimeter.  (RCW 69.50.435)

SVIU Detectives recommended felony charges of Possession of a Controlled Substance with Intent Manufacture/Deliver (2 counts) with an enhancement for a violation for sale in a Protected School Zone (2 counts) and six additional charges of Possession of a Controlled Substance with Intent Manufacture/Deliver.

This investigation continues, and additional charges and arrests are possible.



       


**Spokane Valley Police Department**
Accredited Since 2011
Services provided in partnership with
the Spokane County Sheriff's Office and the Community
Dedicated to Your Safety

David Ellis
Chief of Police



John F. Nowels
Sheriff

## Spokane Valley Investigative Unit Detectives Recover Large Smorgasbord of Illegal Drugs and Cash

### Items Siezed
(Approximate Amounts)

| | | |
|---|---|---|
| 4+ Xanax Pills | 9.33 lbs. of Methamphetamine | Food Saver Sealer |
| $3,760 U.S Currency | 8,578 Fentanyl Pills | Mixing bowl w/Powder Residue |
| 7 Digital Scales | 59.4g Suspected Fentanyl Powder | Misc. Baggies for Packaging |
| 4 Drug Ledgers | 56.1g Heroin | Mixing Spoons w/Residue |
| Cargo Trailer | 41.6g Psilocybin Mushrooms | 1 Cell Phone & 2 Laptops |





 58                          12 comments · 4 shares

|  Like |  Comment | Share |

All comments 

 Comment as Mika Kurose Rothman                    

**Guenther 4 Congress** · Follow
Great work, thank you for protecting us.
24w    Like    Reply                          3 😂 👍

**Ellery Bryant**
Good job guys and gals!!
23w    Like    Reply                          👍

**Andrew Gonzalez**
More undercover foot patrols and you'll find every dealer in the city within a month.
24w    Like    Reply                          👍

**Jessica Raymos**
I pray he doesnt just get let back out
24w    Like    Reply



23w    Like    Reply



EXHIBIT 7

TO DECLARATION OF MIKA ROTHMAN







EXHIBIT 8

TO DECLARATION OF MIKA ROTHMAN

      



**Spokane County Sheriff's Office**
March 20 at 4:40 PM · 🌐

**UPDATE:** After Nicholas S. Taylor appeared in court for his first appearance hearing. Spokane County Superior Court Judge D. Chuang set his total bond at $250,000.

###

UPDATE: Suspect Arrested for Burglary and Kidnapping

Spokane County Sheriff's Deputies developed probable cause to charge the adult male suspect, who was shot in the leg, with Burglary 1st Degree, Kidnapping 2nd Degree, Assault 2nd Degree, and Violation of a Protection Order with Assault (DV).

On March 20, 2024, at approximately 9:40 am, Spokane County Sheriff's Deputies responded to a reported domestic violence incident at a residence located in the 5800 block of S. Palouse Highway.

The caller/victim, an adult female, stated her ex-boyfriend, 42-year-old Nicholas S. Taylor, uninvited and without permission, walked into the home where the victim was visiting. Taylor, armed with a hammer, grabbed the victim by the arm and tried to force her to leave with him.

She broke free from Taylor, who was still armed with the hammer. An adult male and the person the victim was visiting, fearing for his and the victim's safety, shot Taylor, striking him in the leg. Taylor fled the area in his vehicle.

At approximately 9:45 am, an AMR ambulance crew advised they were contacted in a parking lot, 57th Avenue and S. Regal Street, by a male (Taylor) who had a gunshot wound to his leg. Taylor was transported to the hospital for additional medical care.

Through the investigation, it was learned the victim had obtained a domestic violence protection order against Taylor, who reportedly lives in the Tri-Cities area.

The victim and the male who fired the shot cooperated with Investigators and were released without charges.

After being treated and released from the hospital, Taylor was transported and booked into the Spokane County Jail on Burglary 1st Degree, Kidnapping 2nd Degree, Assault 2nd, and Violation of a Protection Order with Assault (DV) charges.

###

Deputies Respond to Reported Shooting

Spokane County Sheriff's Deputies responded to a report of a shooting that occurred in the area of E. 57th Avenue and S. Palouse Highway.

Deputies are in the early stages of this investigation, and information is limited. However, they believe the people involved have been contacted and that this incident does not pose an ongoing threat to the public.

The initial information indicates an adult male was shot in the leg during an argument. He was transported to the hospital for additional treatment for what is believed to be a non-life-threatening injury.

No further information is available at this time.

###



      



👍❤️🥰 144                                                    18 comments    11 shares

| Like | Comment | Share |

All comments



Comment as Mika Kurose Rothman

🖊 Author
**Spokane County Sheriff's Office**
**UPDATE**: After Nicholas S. Taylor appeared in court for his first appearance hearing. Spokane County Superior Court Judge D. Chuang set his total bond at $250,000.

2w    Like    Reply    4 👍❤️

Cynthia Bailey
**Spokane County Sheriff's Office** thank you for the update! I appreciate you all.

2w    Like    Reply    👍

Heidi Johnson
Wow I guess his story didn't add up. Great work SCSO!!! Happy the victim survived.

3w    Like    Reply    2 👍

Shanta Belcher
Great Job LEOs. Should be held without bail on all dv cases

2w    Like    Reply    2 👍

🖊 Author
**Spokane County Sheriff's Office**
**Shanta Belcher** unfortunately if that happened, we'd have to be a new dedicated 'DV' jail. We do agree DV incidents need to be taken seriously, and there must be consequences.

2w    Like    Reply    ❤️

Brian Papiez
Great work SCSO and so glad the victim and the other male are okay and cleared.

3w    Like    Reply    👍

Heather Swope
It could have been so different, thank goodness we have good people working for our safety

  

         

 **Muriel Tingley-Turner**
Thank you so much! Praying for you all
3w    Like    Reply

 **Jerry Patterson**
And that... is a real time education 💪
3w    Like    Reply    4 

 **Randy Dale**
Good work SCSO!
3w    Like    Reply    2 

 **Jim Scholz**
A great job once again.
3w    Like    Reply    2 

 **Marsha Robertson**
Thank you
3w    Like    Reply

 **Shelly Humbert**
Great job LEOs! Was he ROR or is the judge ACTUALLY keeping him locked up and protecting his ex?
3w    Like    Reply    5 

 **Cari Leander**
He'll be out of jail in a few hours 😆
3w    Like    Reply    2 

 **Alex Price**
**Laura Price**
3w    Like    Reply



EXHIBIT 9

TO DECLARATION OF MIKA ROTHMAN









**Randy Dale**
Good work SCSO!

3w    Like    Reply    2

**Jim Scholz**
A great job once again.

3w    Like    Reply    2

**Marsha** ... **son**
Thank y...

3w    Li...

2
Spokane County Sheriff's Office
Kriss Hassebrock



144                                18 comments    11 shares

Like          Comment          Share

All comments ▾

Comment as Mika Kurose Rothman

✎ Author
**Spokane County Sheriff's Office**
**UPDATE:** After Nicholas S. Taylor appeared in court for his first appearance hearing.
Spokane County Superior Court Judge D. Chuang set his total bond at $250,000.

3w    Like    Reply    4

**Cynthia Bailey** 🏛
Spokane County Sheriff's Office thank you for the update! I appreciate you all.

2w    Like    Reply

1
Spokane County Sheriff's Office

**Heidi Johnson**
Wow I guess his story didn't add up. Great work SCSO!!! Happy the vi...

3w    Like    Reply    2

**Shanta Belcher**
Great Job LEOs. Should be held without bail on all dv cases

3w    Like    Reply    2



Shanta Belcher
Great Job LEOs. Should be held without bail on all dv cases

6w    Like    Reply    2

2
Spokane County Sheriff's Office
Patty Mitchell er unfortunately if that happened, we'd have to be a new
dedicated "DV" jail. We do agree DV incidents need to be taken seriously, and

EXHIBIT 10

TO DECLARATION OF MIKA ROTHMAN











**Spokane County Sheriff's Office**
May 8 at 4:16 PM · ⚙

Update: Gary Ault Sentenced to Life without Parole

Today, after having been found guilty of Aggravated Premeditated Murder 1st Degree, Theft of a Firearm, and Unlawful Possession of a Firearm 1st Degree, Gary B. Ault was sentenced to Life without the Possibility of Parole for the premeditated murder of Richard Purdy on December 26, 2022.  Ault is a multi-time convicted felon.

The trial and sentencing occurred in Spokane County Superior Court, with Superior Court Judge R. Anderson presiding.

The case was prosecuted by Spokane County Deputy Prosecuting Attorney D. Nagy and Deputy Prosecuting Attorney G. Kristianson.

The Spokane County Major Crimes Unit conducted the investigation, with Major Crimes Detective S. Bonney as the lead investigator.

###

Information Sent January 10, 2023:

UPDATE: Detectives Identify and Charge Deer Park Homicide Suspect with Murder 1st Degree, Burglary 1st Degree

Spokane County Sheriff's Office Major Crime Detectives continued their investigation and developed probable cause to charge 37-year-old Gary B. Ault with Murder 1st Degree and Burglary 1st Degree in the death of 83-year-old Richard Purdy on December 26, 2022.

Detectives and Forensic Unit personnel remained at the victim's residence for several hours as they processed the scene for evidence once a search warrant was obtained.

On December 28, 2022, Spokane County Medical Examiner's Office identified the victim as 83-year-old Richard Purdy, listing his Cause of Death as Sharp and Blunt Force Injuries, Manner: Homicide.

During the testing of evidence recovered at the scene, Detectives linked a DNA profile to the suspect, 37-year-old Gary B. Ault, through a Combined DNA Index System (CODIS) search.  The Washington State Crime Lab conducted the DNA testing.

Investigators worked with SPD Major Crimes Detectives after they learned Ault was already in custody at the Spokane County Jail on separate charges brought by the Spokane Police Department on December 27, 2022.  These charges stem from three unrelated, unprovoked, violent assaults of five victims.  For the SPD charges of Assault 1st Degree, Assault 2nd Degree, Assault 3rd Degree, and Unlawful Possession of a Firearm 1st Degree, his bond was set at $175,000.

Ault is a multi-time convicted felon including, but not limited to, charges of Burglary, Theft, Identity Theft, Possession of a Stolen Motor Vehicle, and Escape.




     





224    60 comments    18 shares

Like    Comment    Share

All comments 

 Comment as Mika Kurose Rothman

**Renee Purdy**
Thank you so much to Scott Bonney, Geoff Christianson and Mr. Nagy for your dogged work to put an end to this nightmare. I can never say thank you enough. Thank you to the SPD for running his DNA. You can't argue with those facts.......
1d    Like    Reply    24

Spokane County Sheriff's Office replied · 4 Replies

**Geri Purdy White**
And he had the nerve to state that he is not evil, is a God fearing man and is not guilty. No explanation as to why his DNA was under my fathers fingernails.
1d    Like    Reply    9

**Branden Randy Rauenzahn**
Funny how these days you want pats on the back for finaly doing the job you were hired to do in the first place.
1d    Like    Reply    9

Spokane County Sheriff's Office replied · 23 Replies

**Mike Schumacher**
One could argue earlier prison time may have saved that victim.
1d    Like    Reply    3

**Cody Storms**
The sheriff office definitely doesn't do their job. There's a meth lab drug dealers three doors down from my house. I've been calling about it for four years and nobody does anything.
1d    Like    Reply

**Alexa Jean**
Great job guys, it's about time the system worked for you instead of against you. 👏



**Jim Scholz**
Outstanding work detective Bonney. Thank you SCSO for all you do for the community.
1d   Like   Reply   3 👍

**Meghan Lo**
Good job Judge R Anderson!
1d   Like   Reply   8 👍❤️

**Kevin Kirby**
Well That is 1, keep pushing.
1d   Like   Reply   4 👍

**Diana Marie Chenoweth**
Wow spokane 1 right in the books for the year.
1d   Like   Reply   👍

**David Parson**
First time for everything
1d   Like   Reply

**Matt Von Derau**
Throw the key away.
1d   Like   Reply   2 👍❤️
View 1 reply

**Shirley Hartley Milliren**
This guy worked at Bi-Mart in Cheney, not for long, but around 2012-2014??? I think it was only for the Christmas holiday one year and he went by Brandon, I think 🤔
1d   Like   Reply

**Sherry Rollins**
Good!
1d   Like   Reply   2 👍

**Beckie Shelly**
Justice!
1d   Like   Reply   👍

**Rebeckah Aubertin**
very nice 🙂
1d   Like   Reply   2 👍

**Dale Toliver**
Nicely Done!
1d   Like   Reply   3 👍

**Mark Aguirre**
Bye Felicia.
1d   Like   Reply   2 👍❤️

**Randy Bean**
Im so glad he was caught and no wont be free every again.
1d   Like   Reply

**Curtis Reiland**
Nice now we have to pay for this scumbag to sit in prison how about do 10 years then death penalty save us tax payers some money it will free up a space in prison for the next pos



**Anthony Counts**
Life without parole Is better than nothing. Should be the death penalty IMO to Save us overtaxed and underpaid citizens some money...

1d   Like   Reply   10 👍

View all 6 replies

**Laura Virginia**
Hope he gets a "double Bubba" cell mate . Maybe even 3 of them. Piece of 💩💩💩

1d   Like   Reply   👍

# EXHIBIT 11

# TO DECLARATION OF MIKA ROTHMAN



**Branden Randy Rauenzahn**
Funny how these days you want pats on the back for finaly doing the job you were hired to do in the first place.

1d    Like    Reply    9 

> ✏ Author
> **Spokane County Sheriff's Office**
> **Branden Randy Rauenzahn** we simply provided the information that a convicted aggravated premeditated murder, and multi-time convicted felon, was sentenced to life in prison without parole. Hopefully, this clears up what seems to be a lack of reading comprehension or some other deficiency.
>
> 1d    Like    Reply    Edited    42 👍❤️



