JUDGE THOMAS O. RICE

Braden Pence, WSBA #43495
Joe Shaeffer, WSBA #33273
Mika Rothman, WSBA #55870
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104-1745
Phone: 206-622-1604

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES LEIGHTY, | No. 2:24-cv-00165-TOR |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| SPOKANE COUNTY, a municipal corporation; SHERIFF JOHN NOWELS, an individual; and SPOKANE COUNTY SHERIFF'S OFFICE, a subdivision of a municipal corporation, | NOTED: JUNE 24, 2024 |
| | *WITHOUT ORAL ARGUMENT* |
| Defendants. | |

**ORDER**

This matter came before the Court on Plaintiff's Motion for Preliminary Injunction. Having considered Plaintiff's Motion, responsive pleadings, the record herein, and the Court deeming itself fully advised:

NOW THEREFORE ORDERS that Plaintiff's Motion for Preliminary Injunction is GRANTED.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 1

No. 2:24-cv-00165-TOR

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

The Court finds that Plaintiff has established a likelihood of success on the merits of his claim under the First Amendment, that he would suffer irreparable harm absent preliminary injunctive relief, and that the balance of equities and the public interest weigh in favor of an injunction.

The Court therefore GRANTS a preliminary injunction against Defendants' removal of disfavored comments from the official Spokane County Sheriff's Office Facebook page. Defendants are enjoined from hiding, deleting, or otherwise removing Plaintiff's comments from public view on the official Spokane County Sheriff's Office Facebook page. The Court further orders Defendants to restore Plaintiff's comments that it has hidden or deleted to public view.

No bond shall be required pursuant to Federal Rule of Civil Procedure 65(c).

DATED this _____ of _____, 2024.

JUDGE THOMAS O. RICE
United States District Court Judge

PRESENTED BY:

MacDONALD HOAGUE & BAYLESS

By: */s/Joseph Shaeffer*
Braden Pence, WSBA #43495
Joe Shaeffer, WSBA #33273
Mika Rothman, WSBA #55870
BradenP@mhb.com
Joe@mhb.com
MikaR@mhb.com

*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 2

No. 2:24-cv-00165-TOR

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961