JUDGE THOMAS O. RICE

Heather C. Yakely, WSBA #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200
hyakely@ecl-law.com

*Attorney for Spokane County Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES LEIGHTY, | No.  2:24-cv-00165-TOR |
| Plaintiffs, | NOTICE OF APPEARANCE |
| vs. | |
| SPOKANE COUNTY, a municipal corporation; SHERIFF JOHN NOWELS, an individual; and SPOKANE COUNTY SHERIFF'S OFFICE, a subdivision of a municipal corporation, | |
| Defendants. | |

TO:          The Clerk of the Court;

AND TO:    The above-named Plaintiff and to your attorney of record, Braden

                  Pace, Mika Rothman, and Joseph R. Shaeffer;

NOTICE OF APPEARANCE - page 1

**EVANS, CRAVEN & LACKIE, P.S.**
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

The Defendants SPOKANE COUNTY, JOHN NOWELS, and SPOKANE COUNTY SHERIFF'S OFFICE hereby enters their appearance in the above-entitled action through their attorney, Heather C. Yakely of Evans, Craven, and Lackie, P.S., and requests that all further pleadings, exclusive of original service of process, be served upon said attorney at their office address stated below:

Heather C. Yakely
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201
(509) 455-5200/ Fax: (509) 455-3632
Hyakely@ecl-law.com

By so appearing, the Defendant does not waive, and moreover expressly reserves all substantive and procedural defenses available at law or in equity. The appearance of counsel is contingent on the approval of the Defendant's individual request for defense made pursuant to RCW 4.92.060.

DATED this 22 day of May 2024.

EVANS, CRAVEN & LACKIE, P.S.

_____
HEATHER C. YAKELY, WSBA #28848
Attorney for Spokane County Defendants
818 W. Riverside, Suite 250
Spokane, WA 99201
(509) 455-5200
hyakely@ecl-law.com

NOTICE OF APPEARANCE - page 2



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1

## CERTIFICATE OF SERVICE

2

3

  I hereby certify that on May 22, 2024, I electronically filed the foregoing

4

with the Clerk of the Court using the CM/ECF System which will send notification

5

of such filing to the following:

6

7

  Braden Pace

  Mika K. Rothman

8

  Joseph R. Shaeffer

  Email:      bradenp@mhb.com

9

  Email:      mikar@mhb.com

10

  Email:      joe@mhb.com

11

12

13

14

_____

Savannah Youmans, Legal Assistant

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

NOTICE OF APPEARANCE - page 3



EVANS, CRAVEN & LACKIE, P.S.

818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632