JUDGE THOMAS O. RICE

Heather C. Yakely, WSBA #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200
hyakely@ecl-law.com

*Attorney for Spokane County Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES LEIGHTY,<br><br>                                    Plaintiffs,<br><br>vs.<br><br>SPOKANE COUNTY, a municipal corporation; SHERIFF JOHN NOWELS, an individual; and SPOKANE COUNTY SHERIFF'S OFFICE, a subdivision of a municipal corporation,<br>                                    Defendants. | No.   2:24-cv-00165-TOR<br><br>STIPULATED MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

STIPULATED MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION- page 1



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## I.   STIPULATION

The parties hereby stipulate and request that the hearing on Plaintiff's Motion for Preliminary Injunction without oral argument in the above-entitled matter be moved from its current date of June 24, 2024, to July 8, 2024, or as soon thereafter as the Court is available. Spokane County Counsel recently appeared and sought an approximately two-week continuance from Plaintiffs to allow time to review and familiarize herself with the file and allow adequate time to respond given her current schedule.  Plaintiff's Counsel agreed to this continuance.  The alternative date of July 8, 2024, follows court rules and is approved by all Counsel.

The parties thus submit this request for a stipulated continuance of the hearing on Plaintiff's Motion for Preliminary Injunction until July 8, 2024.

The parties further stipulate that if the hearing is continued to July 8, 2024; Defendants' response to Plaintiff is due on or before June 13, 2024, and Plaintiff's Reply if any, is due on or before June 27, 2024.

The parties also stipulate that the hearing on June 17, 2024, is stricken and Defendants do not object to Plaintiff's Motion to Exceed the Page Limit on their Motion for Preliminary Injunction.

STIPULATED MOTION TO CONTINUE
HEARING ON PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION- page 2

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1  DATED this 30 day of May 2024.

2

3  EVANS, CRAVEN & LACKIE, P.S.

4

5

6

7  _____
HEATHER C. YAKELY, WSBA #28848

8  *Attorney for Defendants*
SPOKANE COUNTY and

9  JOHN NOWELS

10

11

12  MACDONALD HOAGUE & BAYLESS

13

14

15  */S/ Joseph Shaeffer*

16  _____
BRADEN PENCE, WSBA#43495

17  MIKA K. ROTHMAN, WSBA#55870
JOSEPH R. SHAEFFER, WSBA #33273

18  *Attorneys for Plaintiff*

19

STIPULATED MOTION TO CONTINUE
HEARING ON PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION- page 3



EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Braden Pence
Mika K. Rothman
Joseph R. Shaeffer
Email:     bradenp@mhb.com
Email:     mikar@mhb.com
Email:     joe@mhb.com

_____
Savannah Youmans, Legal Assistant

STIPULATED MOTION TO CONTINUE
HEARING ON PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION- page 4



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632