JUDGE THOMAS O. RICE

Heather C. Yakely, WSBA #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200
hyakely@ecl-law.com

*Attorney for Spokane County Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES LEIGHTY, <br><br> Plaintiffs, <br><br> vs. <br><br> SPOKANE COUNTY, a municipal corporation; SHERIFF JOHN NOWELS, an individual; and SPOKANE COUNTY SHERIFF'S OFFICE, a subdivision of a municipal corporation, <br><br> Defendants. | No. 2:24-cv-00165-TOR <br><br> [PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

Proposed ORDER GRANTING
STIPULATED MOTION TO CONTINUE
HEARING ON PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION- page 1

EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1 THIS MATTER came before the Court on the parties' Stipulated Motion to Continue Hearing on Plaintiff's Motion for Preliminary Injunction, which the Court has reviewed.

Based upon the foregoing, it is hereby ORDERED, ADJUDGED, and DECREED that the parties' Stipulated Motion to Continue Hearing on Plaintiff's Motion for Preliminary Injunction is GRANTED.

It is FURTHER ORDERED that the hearing on Plaintiff's Motion for Preliminary Injunction will be continued to July 8, 2024, without oral arguement.

It is FURTHER ORDERED that the Defendants' response to Plaintiff's Motion for Preliminary Injunction is due on or before June 13, 2024, and Plaintiff's reply if any, is due on or before June 27, 2024.

It is FURTHER ORDERED that the hearing on Plaintiff's Motion to Exceed the Paged Limit on their Motion for Preliminary Injunction is granted and that the hearing on June 17, 2024, is stricken.

DATED this _____ day of May 2024.

_____
HONERABLE THOMAS O. RICE

Proposed ORDER GRANTING
STIPULATED MOTION TO CONTINUE
HEARING ON PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION - page 2



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

PRESENTED BY:

EVANS, CRAVEN & LACKIE, P.S.

_____
HEATHER C. YAKELY, WSBA #28848
*Attorney for Defendants*
SPOKANE COUNTY and
JOHN NOWELS


MACDONALD HOAGUE & BAYLESS


/S/ Joseph Shaeffer

_____
BRADEN PENCE, WSBA#43495
MIKA K. ROTHMAN, WSBA#55870
JOSEPH R. SHAEFFER, WSBA #33273
*Attorneys for Plaintiff*

Proposed ORDER GRANTING STIPULATED MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - page 3

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Braden Pence
Mika K. Rothman
Joseph R. Shaeffer
Email:	bradenp@mhb.com
Email:	mikar@mhb.com
Email:	joe@mhb.com

*[signature]*

Savannah Youmans, Legal Assistant

Proposed ORDER GRANTING STIPULATED MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - page 4

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632