JUDGE THOMAS O. RICE

Heather C. Yakely, WSBA #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200
hyakely@ecl-law.com

*Attorney for Spokane County Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES LEIGHTY, | No.   2:24-cv-00165-TOR |
| Plaintiffs, | DECLARATION OF MARK GREGORY |
| vs. | |
| SPOKANE COUNTY, a municipal corporation; SHERIFF JOHN NOWELS, an individual; and SPOKANE COUNTY SHERIFF'S OFFICE, a subdivision of a municipal corporation, | |
| Defendants. | |

MARK GREGORY declares under penalty of perjury of the laws of the State of Washington that the following statement is true and correct:

DECLARATION OF MARK GREGORY - page 1

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1. That I am a Corporal with the Spokane County Sheriff's Office ("SCSO"). I have been a Corporal since 02/2019. I have been with the SCSO since 10/2001 and in law enforcement since May 1994.

2. Part of my job duties include posting to and monitoring the SCSO Facebook page which has been active since 2010. FB alone takes me several hours per week depending on page traffic.

3. There are two other members of the SCSO that may also post and monitor the SCSO Facebook page.

4. The Facebook page allows users to comment on posts we have placed on the page.

5. Spokane County has implemented a Social Media Disclaimer page (*see Attachment Exhibit 1*).

6. That Disclaimer specifically notes that "SCSO reserves the right to delete postings that are inconsistent with the policies in this disclaimer, including, but not limited to, comments that contain the following prohibited words, text or information:

   • Defamatory, vulgar, obscene, abusive, profane, threatening, hateful, intimidating, or otherwise offensive language.

   • Sexual content or links to sexual content.

DECLARATION OF MARK GREGORY - page 2

EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

- Malicious or offensive comments based on gender, race, class, ethnicity, national origin, political affiliation, religion, sexual orientation, disability or other classifications.

- Solicitations or advertisements, including promotion or endorsement of any financial, commercial, or non-governmental agency.

- Attempts to defame or defraud any individual(s) or organizations.

- Posts or comments in support of or opposition to political campaigns or ballot measures.

- Viruses or similar harmful programs, including spam and similar content.

- Proprietary information or intellectual property that is posted without the approval of the owner. Copyrighted or trademarked images or graphics. Imagery not owned by the user.

- Comments on matters unrelated to activities of Spokane County or Spokane Valley, associated boards, committees or programs, policies, operations, or general areas of responsibility and representation.

DECLARATION OF MARK GREGORY - page 3

EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

- Information that may compromise the safety or security of the public, public officials, or public systems.

- Information that violates a local, state, or national law or suggests or encourages illegal activity.

7. The disclaimer also points out to its users another important component to the SCSO which is that the "comments are important to us *and others who read these pages*...." This factor is also important in my analysis of inappropriate comments. Mr. Leighty's post from May 8, 2024 (Exh 16, ECF, 4-1, pg. 109) is a perfect example of why that is a consideration. Not only was Mr. Leighty's comment completely off-topic, but it also appears to have impacted a murder victim's daughter, at least enough that she felt compelled to respond to Mr. Leighty "what does that have to do with my father's murderer?"

8. That I have generally followed the same practice since becoming responsible for the monitoring of the FB page. If a statement is observed that is defamatory against either a deputy or the SCSO I will hide the post. I understand the definition of defamation to mean that it is an untrue statement. Regarding Mr. Leighty's comments he has offered in his Declaration, I specifically found them to be untrue. I

DECLARATION OF MARK GREGORY - page 4

**EVANS, CRAVEN & LACKIE, P.S.**
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

consider the statements to be "untrue" when there has been an
investigation and a finding by an outside agency and/or the prosecuting
attorney's office of no fault.  With respect to Deputy Hilton (infra), SPD
did find that there was probable cause, but it is still being reviewed by
prosecutors.    Unless he is charged or exonerated a statement of
conclusion as fact is premature and therefore untrue.  Deputy Hilton and
any officer who is under investigation is entitled to the same
constitutional right to be "innocent until proven guilty" as any citizen.

9.  I have hidden other comments, not just J.D. Leighty's, for not following
the rules set forth in the Disclaimer.

10. That each of Mr. Leighty's posts as attached to exhibits in his
Declaration were hidden for failing to follow the rules of the disclaimer
or by FB filters/practice as noted below:

   a.  Exh. No. 1: SCSO posted a new hire announcement.  "Spokane
   County welcomes a New Lateral Deputy." Exh. No. 2: Mr.
   Leighty posted a comment "Holy cow! Are you kidding me… She
   put herself in close proximity of Steven when he was having a
   mental health crisis…" (*See ECF 4-1, p. 65*)

DECLARATION OF MARK GREGORY - page 5

EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

i.  This post is factually inaccurate. There was an investigation completed and all three of the involved officers were found to have used justifiable force prior to her employment with SCSO. This was publicly stated on April 1, 2019, in local media sources. (*see e.g., Attachment Exhibit 2, KREM2 article, No Charges for 3 Officers involved in fatal Sept. 2018 shooting in Cheney*). This matter was closed 2 years before Mr. Leighty's March 17, 2021, post defaming Nicole Burbridge. The information could easily have been determined prior to posting.

b.  Exh. No. 3: On March 23, 2021, SCSO posted "For Immediate Release, No Criminal charges in December 2020 Officer Shooting." The release provided background of the facts and the finding that Sgt. Justin White was justified in his use of lethal force against a female. Mr. Leighty posted a lengthy comment defaming Sgt. White, alleging among other things "Officer (sic) Justin White failed at so many levels at keeping our community safe…He allowed a person who was experiencing a mental health issue access to a secured area…." *See ECF 4-1, p. 71*

DECLARATION OF MARK GREGORY - page 6

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

i. This post is factually inaccurate and was hidden because it violated our FB Disclaimer and provided inaccurate and misleading conclusions stated as fact. It was investigated by an outside agency and reviewed by the prosecuting Attorney. (*See Attachment Exhibit 4*)

c. Exh 5: SCSO posted "Gang Associated Violence Press Conference," dated March 8, 2021. (*ECF 4-1, p. 80*) In response to this post, Mr. Leighty posted "Do you just keep these in a folder called "Deflect?" Let's get back to the homeowner your deputy shot after that homeowner called for ˆ help regarding a prowler…" (*ECF 4-1, p. 80*)

i. This post was hidden because it was not related to the post, provided inaccurate and misleading information and violated our FB Disclaimer. (*See Attachment Exhibit 5*)

d. Exh 5: "Several Active SCAMS – Don't be duped" was posted. (The date is undetermined in Mr. Leighty's exhibits.) In response to this post regarding scams, Mr. Leighty posted another comment related to Nicole Burbridge's hiring from Exhibit 1. "Can you address how many officer involved shootings your new hire

DECLARATION OF MARK GREGORY - page 7

**EVANS, CRAVEN & LACKIE, P.S.**
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Nicole Burbridge has been involved in. I know she was responsible for the death of Steven Anderson…."

    i. This post was hidden because it was off-topic, defamatory, misleading and a violation of our FB Disclaimer.

e. Exh 6: "Here's a video that the Greenfield Police Department in Wisconsin shared…" dated October 6, 2021. (*ECF 4-1, p. 89*) The post stated "Notice the officers do not just "open fire" and "murder people" as some activists and those in the national media want you to believe. They tell him multiple times to show …." Mr. Leighty commented "Here is the problem, you don't hold bad cops accountable. For instance, Deputy Wallace flat-out murdered Ethan Murray in the Spokane Valley on 5/4/2019…."

    i. This post was hidden because it was defamatory, provided inaccurate and misleading information and violated our FB Disclaimer. (*See Attachment Exhibit 3*)

f. Exh 8 & 9: It is impossible to determine what the post is from Mr. Leighty's Declaration but upon review of the SCSO Facebook page it refers to a post by the Sheriff regarding the Sgt. Hilton

DECLARATION OF MARK GREGORY - page 8

EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

investigation and an update saying it was now under an internal investigation. (Exh 8 and 9 refer to the same post)

   i.  This post was hidden because it was off-topic and defamatory.   Sgt. Hilton is on leave and has not been formally charged by an outside agency although probable cause was established. (See Attachment *Exhibit 6)*  Further, Spokane County would not start an internal investigation until a criminal investigation was completed so as to avoid any conflicts.  This criminal investigation was completed by the City of Spokane Police Department.  The length of time to complete is not within the control of the SCSO nor is SCSO involved per Washington State law.

   g. Exh. 10:   SCSO posted "Spokane Valley Investigative Unit Detectives Recover Large Smorgasbord of Illegal Drugs and Cash" Mr. Leighty responded off topic "How did you already arrest the suspect?  According to Sheriff Nowels, you have to conduct a thorough, complete and unbiased investigation into the suspect's actions …."

DECLARATION OF MARK GREGORY - page 9

EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

i.  This post was hidden because it was off-topic, defamatory
as Hilton is on leave and has not been charged, misleading
and a violation of our FB Disclaimer.  Sgt. Hilton is on
leave and has not been formally charged by an outside
agency although probable cause was established.  Further,
Spokane County would not start an internal investigation
until a criminal investigation was completed so as to avoid
any conflicts.  This criminal investigation was completed
by the City of Spokane Police Department.  The length of
time to complete is not within the control of the SCSO and
it is not involved in the investigation.

h.  Exh 12: It is impossible to determine what the post is from Mr.
Leighty's Declaration.  However, according to the Facebook page
it is a post, dated February 21, 2024 "Update:  Sheriff Nowels'
Statement regarding today's investigative Conclusion."  It was in
response to the SPD investigation into an incident at Terrace View
Park on August 14, 2023…. "SPD found probable cause to charge
[Sgt. Hilton] with Assault 2nd degree, and the case has been
forwarded to the Spokane County Prosecutor's Office for

DECLARATION OF MARK GREGORY - page 10

EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

review…." Mr. Leighty responded "…Now?  Why weren't you doing an investigation already?  It was obvious from the beginning that what Hilton did was wrong…."

    i.    This was hidden because it stated that it was 'obvious from the beginning that what Hilton did was wrong." This is a conclusion of the facts that was false because the independent criminal investigation by SPD was not completed in February 2024.  Only upon completion of a critical incident investigation is an internal investigation initiated.    This is recommended "best practice" to avoid conflicts and/or potential tainting of the independent criminal investigation conducted by SPD, at the request of Sheriff Nowels in the instance.

i.    Exh. 14: "Deputies Response to Reported Shooting" the post is about a shooting at E. 547th and Palouse highway.  It was an initial notification on 03/20/24 at approximately 12:04 pm of an ongoing incident and to alert the public that they did not see this as a threat to the public at large. Two additional updates were added, at approx. 4:46 pm the same day announcing arrests and two days

DECLARATION OF MARK GREGORY - page 11

EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

later providing the suspect's bond information. Mr. Leighty responded about the length of time on two investigations. The first involved two officers in a lethal force involving Robert Bradley. The other was about the Sgt. Hilton investigation and waiting to start the internal investigation.

    i.  This comment was hidden because it was off-topic, defamatory, misleading, and a violation of our FB Disclaimer. Robert Bradley did not even involve SCSO deputies but was rather Spokane Police Department. Regardless, the officers involved in the Robert Bradley incident were also investigated and cleared. *(See Attachment Exhibit 7)*

j.  Exh. 16: "Update: Gary Ault Sentenced to Life without Parole" This was an update to a verdict that was obtained following a murder on December 20, 2022. Mr. Leighty responded with "When will your deputy be charged with aggravated assault on the elderly man that he pulled out of the car and beat for resting in a park parking lot after driving a long ways?" The daughter of the murder victim responded, "What does this have to do with my

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

fathers murdered?" Mr. Leighty again responded with "…I just ask the sheriff to have the same due diligence with crimes committed by his own deputies. We have seen his deputies kill and beat innocent unarmed people and they get away with it…."

      i. This comment was hidden because it was off-topic, defamatory, misleading, appeared offensive to a murder victim's daughter, and a violation of our FB Disclaimer.

11. Mika Rothman's statements in her Declaration appear to make many assumptions. I am unaware of how a 3rd party would be able to conclude as stated as fact what statements were hidden and/or deleted by SCSO or Facebook. In other words, I can definitively answer as set forth above that those posts proffered in Mr. Leighty's Declaration were hidden by me for failure to follow SCSO rules. However, SCSO does not have the ability to control or revise Facebook's rules/policies which may hide comments if a responder's comment is hidden for any number of reasons, including hiding/deleting by the individual Facebook account holder.

DATED this 13 day of June 2024.



Corporal Mark Gregory (Jun 13, 2024 18:02 PDT)

MARK GREGORY

DECLARATION OF MARK GREGORY - page 13



EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1
2

## CERTIFICATE OF SERVICE

3
4

    I hereby certify that on June 13, 2024, I electronically filed the foregoing

5

with the Clerk of the Court using the CM/ECF System which will send notification

6

of such filing to the following:

7

    Braden Pence

8

    Mika K. Rothman
    Joseph R. Shaeffer

9

    Email:      bradenp@mhb.com

10

    Email:      mikar@mhb.com

11

    Email:      joe@mhb.com

12
13
14

_____

15

Savannah Youmans, Legal Assistant

16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

DECLARATION OF MARK GREGORY - page 14

EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# 2024-6-13 Dec of Mark Gregory-Info Provided (v4) FINAL (2)

Final Audit Report                                                                          2024-06-14

| | |
|---|---|
| Created: | 2024-06-14 |
| By: | Savannah Youmans (syoumans@ecl-law.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA7gHgJipz9sTqWbVgWfKxTNWMDZYMG4su |

## "2024-6-13 Dec of Mark Gregory-Info Provided (v4) FINAL (2)" History

Document created by Savannah Youmans (syoumans@ecl-law.com)
2024-06-14 - 0:46:47 AM GMT

Document emailed to mdgregory@spokanesheriff.org for signature
2024-06-14 - 0:47:10 AM GMT

Email viewed by mdgregory@spokanesheriff.org
2024-06-14 - 0:50:04 AM GMT

Signer mdgregory@spokanesheriff.org entered name at signing as Corporal Mark Gregory
2024-06-14 - 1:02:53 AM GMT

Document e-signed by Corporal Mark Gregory (mdgregory@spokanesheriff.org)
Signature Date: 2024-06-14 - 1:02:55 AM GMT - Time Source: server

Agreement completed.
2024-06-14 - 1:02:55 AM GMT

Adobe Acrobat Sign