# EXHIBIT 1



# Spokane County Sheriff's Office Social Media Disclaimer

The purpose of the Spokane County Sheriff's Office's participation in social media is to enhance communication, collaboration, information exchange, and transparency, streamline processes, and foster productivity. Spokane County Sheriff's Office (SCSO) endorses the secure use of social media to enhance and support SCSO program goals and objectives.

There is no endorsement, implied or otherwise, by SCSO of any fan posts, links, or photos. Site writers/fans are fully responsible for the content they submit. Opinions expressed by site writers/fans are not the opinions of SCSO. This social media site is intended to serve as a mechanism for communication between the public and SCSO on the listed topics. Any comments submitted to SCSO social media sites are public records subject to disclosure pursuant to RCW 42.56. Public disclosure requests must be directed to the Spokane County Public Disclosure Officer. Please see the [Public Records Request Page](#) for more information.

Comments are important to us and others who read these pages. As our community includes people of all ages and backgrounds, this disclaimer is intended to ensure that all posted comments are appropriate for all ages, courteous and respectful of others, and related to matters, activities, programs, policies, and/or operations relevant to Spokane County or Spokane Valley.

SCSO reserves the right to delete postings that are inconsistent with the policies in this disclaimer, including, but not limited to, comments that contain the following prohibited words, text, or information:

- Defamatory, vulgar, obscene, abusive, profane, threatening, hateful, intimidating, or otherwise offensive language.
- Sexual content or links to sexual content.
- Malicious or offensive comments based on gender, race, class, ethnicity, national origin, political affiliation, religion, sexual orientation, disability or other classifications.
- Solicitations or advertisements, including promotion or endorsement of any financial, commercial, or non-governmental agency.
- Attempts to defame or defraud any individual(s) or organizations.
- Posts or comments in support of or opposition to political campaigns or ballot measures.
- Viruses or similar harmful programs, including spam and similar content.
- Proprietary information or intellectual property that is posted without the approval of the owner. Copyrighted or trademarked images or graphics. Imagery not owned by the user.
- Comments on matters unrelated to activities of Spokane County or Spokane Valley, associated boards, committees or programs, policies, operations, or general areas of responsibility and representation.
- Information that may compromise the safety or security of the public, public officials, or public systems.
- Information that violates a local, state, or national law or suggests or encourages illegal activity.

Users participate at their own risk and are personally responsible for their own comments, usernames, and any information provided. Although SCSO welcomes comments consistent with this disclaimer, to protect personal privacy, users should not disclose personally identifiable information. SCSO reserves the right to block users and/or delete comments that are inconsistent with this disclaimer.