# EXHIBIT 2

CRIME

# No charges for 3 officers involved in fatal Sept. 2018 shooting in Cheney

The Spokane County Prosecutor's Office said officers from the Cheney Police Department were justified in using lethal force against Steven L. Anderson.



Author: **Ian Smay**
Published: **10:13 AM PDT April 1, 2019**
Updated: **4:43 PM PDT April 1, 2019**



SPOKANE COUNTY, Wash. — The Spokane County Prosecutor's Office has decided not to charge the three Cheney Police officers involved in a Sept. 2018 shooting that killed Steven L. Anderson, saying they were justified in their use of lethal force.

In a news release from Spokane County spokesman Jared Webley, the SCPO determined that Cheney Police Department Officers Nicole Burbridge, Zed Campbell and Reserve Officer Nick Horn were justified in using lethal force against 40-year-old Steven L. Anderson on Sept. 3, 2018.

Sponsored Links

**Plaque psoriasis is silent but deadly: 10 Symptoms you should know**

What does plaque psoriasis look like? Look at the symptoms

plaque psoriasis | search ads

According to Webley, the officers shot Anderson after he ignored commands and charged at them while holding a knife at Mitchell's Harvest Foods in Cheney.

**RELATED:** Man shot and killed by Cheney police Monday night identified

A caller had reported that Anderson was waving the knife and threatening people around him, according to Webley. The dispatcher then said that there were then sounds indicating a possible struggle between the caller and Anderson.

Burbridge arrived alone first, followed by Campbell and Horn as a pair. After checking the back of the store, the officers then found Anderson in front of the store, according to Webley.

Anderson then allegedly approached the officers, yelling at Burbridge, "Just shoot me." After refusing to cooperate with the officers commands, the three then fired their weapons at Anderson, according to Webley.

The shots caused Anderson to fall to the ground and drop his knife. Medical aid was began and medics arrived shortly thereafter, and Anderson was pronounced dead soon after the arrival of the medics, Webley said.

While looking for the person who called 911, the officers discovered that Anderson was the one who called the police, Webley said.

**RELATED:** Idaho mom planned to inject daughter with bleach to kill 'parasites,' docs say

**RELATED:** Ashley Horning investigated for first-degree murder in Spokane shooting

Due to the circumstances surrounding the shooting, it was determined the officers were justified in their use of lethal force, according to Webley.

"There is no indication that any of the involved officers acted out of malice or lacked a good faith belief in the correctness of their actions," Webley wrote. "Therefore, no criminal liability attaches and no criminal charges will be filed in this matter."

Close Ad