# EXHIBIT 6

**From:** Gregory, Mark D. <MDGREGORY@spokanesheriff.org>
**Sent:** Thursday, June 13, 2024 4:00 PM
**To:** Heather Yakely <HYakely@ecl-law.com>
**Subject:** FW: UPDATE: Sheriff Nowels' Statement Regarding Today's Investigative Conclusion

---

**From:** Gregory, Mark D. <MDGREGORY@spokanesheriff.org>
**Sent:** Wednesday, February 21, 2024 2:49 PM
**Subject:** UPDATE: Sheriff Nowels' Statement Regarding Today's Investigative Conclusion




### UPDATE: Sheriff Nowels' Statement Regarding Today's Investigative Conclusion

**Spokane County Sheriff Nowels was made aware of the Spokane Police Department's conclusion of its investigation into the incident that occurred at Terrace View Park on August 14, 2023, at approximately 11:47 pm. in Spokane Valley.**

Today, I was informed that the Spokane Police Department (SPD) concluded its investigation into this

incident. In their summary, based on the facts and circumstances, including a review and report from an independent Use of Force Subject Matter Expert, SPD found probable cause to charge Clay V. Hilton with Assault 2nd Degree, and the case has been forwarded to the Spokane County Prosecutor's Office for review.

I thank the Spokane Police Department for their professionalism while conducting this independent and thorough investigation.

I know and understand misconduct allegations are of great concern to our community. Again, I assure you that claims of misconduct are, and will be, taken seriously. That's why I requested the Spokane Police Department investigate this incident independently.

In addition, now that the criminal investigation has been conducted, I ordered the Spokane County Sheriff's Office of Professional Standards to begin a comprehensive internal investigation to identify any and all policy violations and what changes or possible training is needed moving forward. As per policy and Washington State Civil Service law, Sergeant Hilton remains on paid administrative leave during this time, pending the internal investigation.

I again ask you, the community we serve, for your patience as this continues through the criminal justice system and our internal investigations process. We must ensure the rights of everyone involved are protected while resisting the urge to rush toward judgment.

I have, and always will, uphold my sworn oath. I am honored by the enormous trust you have bestowed upon me and everyone at the Sheriff's Office. We will continue to provide you with the highest level of service you deserve and expect.

John F. Nowels
Sheriff, Spokane County

###
###

*Corporal Mark Gregory*
Spokane County Sheriff's Office
Spokane Valley Police Department
Public Information Officer
509-477-3287 Office

