# EXHIBIT 7



# News Release

**CONTACT: Larry Haskell**
**Prosecutor**
**(509) 475-6060**
**lhaskell@spokanecounty.org**

**FOR IMMEDIATE RELEASE**
**March 15, 2024**

## No Criminal Charges in September 4, 2022 Shooting

**SPOKANE COUNTY, March 15, 2024** – The Spokane County Prosecutor's Office has determined that Spokane Police Department (SPD) Officers (Cpl.) Chris Johnson and (Det.) Trevor Walker were justified in the use of deadly force while attempting to contact Robert Bradley to serve him with a Court Order.

At approximately 8:45 pm on the evening of September 4, 2022, Scott Scott contacted SPD to assist in serving a Civil Anti-Harassment Order and Firearm Surrender Order on his neighbor, Robert Bradley. Scott expressed concerns that Bradley was attempting to evade service, and due to previous negative confrontations, he wanted police assistance in the matter. The address was in the 2900 block of E. Wabash Ave. in Spokane, WA.

At approximately 9:56 pm, Scott contacted SPD Officer (Sgt.) Perry via text and advised that Bradley was home and that he was in the backyard area at his van and was carrying a rifle.

**(Continued)**

**No Criminal Charges in September 4, 2022 Shooting (Continued)**

Page 2 of 3

Officer Perry had requested several officers to assist in the Order service and developed a plan to accomplish it.  Officers Johnson and Walker were among a group of three officers that were designated to approach from the alleyway just north of Wabash as Bradley was seen in the back or north side of his residence at the van.

At approximately 10:15 pm, Officers Johnson and Walker drove up to a location just west of Bradley's property and approached his van. As they approached, Bradley looked at them and immediately lunged into the van in an obvious attempt to seize a rifle, which was clearly visible to the Officers.  Johnson shouted, "Spokane Police! Let me see both your hands!" Bradley failed to comply and continued to reach for the rifle.  Both officers fired at him.  Though Bradley went to the ground, he pulled a handgun from a holster on his hip and pointed it at the officers which resulted in Officer Johnson firing again.

Bradley was treated on scene and later transported to a local hospital where he succumbed to his injuries. Ballistic testing on Bradley's handgun showed that it was loaded and had a live round in the chamber.  Testing further revealed that a bullet fragment from a police-fired round clipped the barrel tip of Bradley's gun, went down the barrel itself and pushed the chambered round nearly completely inside the shell casing.

Under these facts and circumstances, the use of deadly force was authorized.  Both officers were placed in fear for their lives and fired in defense of self and each other.  Therefore, no charges will be filed against either officer in this incident.

**No Criminal Charges in September 4, 2022 Shooting (Continued)**

**Page 3 of 3**

*About Spokane County*

*Spokane County government serves over half a million citizens and 13 municipal jurisdictions, making it the fourth-largest county in the State of Washington. For more information, visit [www.spokanecounty.org](www.spokanecounty.org), like us on [Facebook](Facebook), or follow us on [Twitter](Twitter).*

-# # #-