JUDGE THOMAS O. RICE

Heather C. Yakely, WSBA #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200
hyakely@ecl-law.com

*Attorney for Spokane County Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES LEIGHTY,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>SPOKANE COUNTY, a municipal corporation; SHERIFF JOHN NOWELS, an individual; and SPOKANE COUNTY SHERIFF'S OFFICE, a subdivision of a municipal corporation,<br>　　　　　　　　　　Defendants. | No. 2:24-cv-00165-TOR<br><br>DEFENDANTS' MOTION FOR OVERLENGTH RE: DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCITON<br><br>Date: July 1, 2024<br>Without Oral Argument |

COME NOW Defendants Spokane County, Sheriff John Nowels, and Spokane County Sheriff's Office, (hereafter collectively as "SCSO"), and

DEFENDANTS' MOTION FOR OVERLENGTH RESPONSE RE: DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUCTION - page 1

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

pursuant to LCivR 7(f)(5), move the Court for an Order permitting SCSO's Response to Plaintiff's Motion for Preliminary Injunction to exceed the 10-page limitation as set forth in LCivR 7(f)(2). As explained below, SCSO seeks approval from the Court to exceed page limitation by 5 pages (5 pages over the 10-page limit) due to the length of Plaintiff's Opening Memorandum and the alternative arguments that must be addressed.

## I.     AUTHORITY AND ARGUMENT

Pursuant to LCivR 7(f)(2), states that non dispositive motions shall not exceed 10 pages, LCivR 7(f)(1) states that dispositive motion responses shall not exceed 20 pages and this page limit "may only be exceeded by obtaining prior approval of the Court. A motion to exceed page limits must demonstrate good cause and recite the opposing party's position." LCivR 7(f)(1)-(5).   Plaintiffs do not object to up to an additional five pages of briefing per email from Plaintiff's Counsel, Joe Shaeffer.

Preliminary injunctions are often treated as dispositive motions in determining the applicable rule for lengths of briefs. *Pac. Aero. & Elecs., Inc. v. Taylor*, 295 F.Supp. 2d 1188, 1204 n.29 (E.D. Wash. 2003) Preliminary injunctions addressing constitutional violations may also require more lengthy

DEFENDANTS' MOTION FOR OVERLENGTH
RESPONSE RE: DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION FOR PRELIMINARY
 INJUNCTION - page 2



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

arguments. *Baird v. Bonta*, 8 1 F.4ᵗʰ 1036, 1042 (9th Cir. 2023)(internal citations omitted). Nonetheless, because the rule is not clear as to preliminary injunctions, Defendants request an additional 5 pages of argument.

## II.    ARGUMENT

### A. This Preliminary Injunction Analysis Require Numerous Subparts Including Constitutional Analysis and the Proper Forum.

Defendants' Response must address not just the facts raised in Mr. Leighty's 60-page declaration and Mika Rothman's 49-page declaration but also the standard for Preliminary Injunctions, an analysis on what type of forum is at issue as well as an argument on the constitutional standard. The arguments were kept as short and concise as possible without being so brief as to be detrimental to Defendants.

The additional 5 pages is reasonable given the length of the briefing and the issues with their subparts that must be raised.

## IV.    CONCLUSION

For the reasons set forth above, SCSO respectfully requests approval from the Court to exceed page limitation by 5 pages (over the 10-page limit) due to the quantity and duplicity of Plaintiff's claims against SCSO.

DEFENDANTS' MOTION FOR OVERLENGTH RESPONSE RE: DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - page 3



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1  DATED this 13 day of June 2024.

                            EVANS, CRAVEN & LACKIE, P.S.

                            /s/Heather Yakely
                            HEATHER C. YAKELY, WSBA #28848
                            *Attorney for Defendants*
                            818 W. Riverside, Suite 250
                            Spokane, WA 99201
                            (509) 455-5200
                            hyakely@ecl-law.com

DEFENDANTS' MOTION FOR OVERLENGTH RESPONSE RE: DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - page 4



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Braden Pence
Mika K. Rothman
Joseph R. Shaeffer
Email:     bradenp@mhb.com
Email:     mikar@mhb.com
Email:     joe@mhb.com

_____
Savannah Youmans, Legal Assistant

DEFENDANTS' MOTION FOR OVERLENGTH RESPONSE RE: DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - page 5



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632