JUDGE THOMAS O. RICE

Heather C. Yakely, WSBA #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200
hyakely@ecl-law.com

*Attorney for Spokane County Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES LEIGHTY,<br><br>                     Plaintiffs,<br><br>vs.<br><br>SPOKANE COUNTY, a municipal corporation; SHERIFF JOHN NOWELS, an individual; and SPOKANE COUNTY SHERIFF'S OFFICE, a subdivision of a municipal corporation,<br>                     Defendants. | No.  2:24-cv-00165-TOR<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR OVERLENGTH RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Date: July, 1 2024<br>*Without Oral Argument* |

**THIS MATTER** coming before the Court upon Defendants' Motion to for Overlength RE: Plaintiff's Motion for Preliminary Injunction. The Court having reviewed the files and records and being fully advised, and good cause appearing;

DEFENDANTS' MOTION FOR OVERLENGTH
RE: DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
FOR PRELIMINARY INJUCTION - page 1

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

now, therefore:

IT IS HEREBY ORDERED that the Defendants' Motion for Overlength is **GRANTED**. Defendants' Response to Plaintiff's Motion for Preliminary Injunction may exceed the page limitation by 5 pages (5 pages over the 10-page limit).

SO ORDERED this ____ day of July 2024.

_____
The Honorable Thomas O. Rice

Presented by:

EVANS, CRAVEN & LACKIE, P.S.

By:    /s/Heather C. Yakely
       HEATHER C. YAKELY, WSBA #28848
       Attorney for Defendants

DEFENDANTS' MOTION FOR OVERLENGTH
RE: DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
FOR PRELIMINARY INJUCTION - page 2

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1  DATED this 13 day of June 2024.

                                      EVANS, CRAVEN & LACKIE, P.S.

                                      /s/Heather C. Yakely  
HEATHER C. YAKELY, WSBA #28848  
*Attorney for Defendants*  
818 W. Riverside, Suite 250  
Spokane, WA 99201  
(509) 455-5200  
hyakely@ecl-law.com

DEFENDANTS' MOTION FOR OVERLENGTH
RE: DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
FOR PRELIMINARY INJUCTION - page 3



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Braden Pence
Mika K. Rothman
Joseph R. Shaeffer
Email:      bradenp@mhb.com
Email:      mikar@mhb.com
Email:      joe@mhb.com

_____
Savannah Youmans, Legal Assistant

DEFENDANTS' MOTION FOR OVERLENGTH RE: DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - page 4



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632