JUDGE THOMAS O. RICE

Heather C. Yakely, WSBA #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200
hyakely@ecl-law.com

*Attorney for Spokane County Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES LEIGHTY,<br><br>      Plaintiffs,<br><br>vs.<br><br>SPOKANE COUNTY, a municipal corporation; SHERIFF JOHN NOWELS, an individual; and SPOKANE COUNTY SHERIFF'S OFFICE, a subdivision of a municipal corporation,<br>      Defendants. | No. 2:24-cv-00165-TOR<br><br>**DEFENDANTS' MOTION TO SHORTEN TIME TO HEAR MOTION FOR OVERLENGTH RE: RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: June 21, 2024<br>*WITHOUT ORAL ARGUMENT* |

**I.    MOTION**

DEFENDANTS' MOTION TO SHORTEN TIME TO HEAR MOTION FOR OVERLENGTH RE: RESPONE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUCTION- page 1

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Defendants Spokane County, Sheriff John Nowels, and Spokane County Sheriff's Office, move the court for an order allowing their "Motion for Overlength" to be heard on a shortened time on Monday, July 1, 2024, without oral argument, because there is not sufficient time to have the motion noted in compliance with local rules before Plaintiff's Motion for Preliminary Injunction hearing. Good cause exists for the Court to hear the Motion for Overlength in conjunction with the Motion for Preliminary Injunction.

## II.    DECLARATION

I, HEATHER YAKELY hereby declare under penalty of perjury under the laws of the State of Washington, that the following is true and accurate:

1. I am over the age of eighteen and am competent to testify.

2. I am the attorney for defendants Spokane County, Sheriff John Nowels, and the Spokane County Sheriff's Office, in the above-captioned lawsuit, and I make this declaration based upon my personal knowledge.

3. I attempted to prepare the Motion for Overlength in short order to provide the court and all counsel time to respond.

4. The Motion for Overlength is intertwined with Plaintiff's Motion for Preliminary Injunction factually and legally – also overlength, and judicial

DEFENDANTS' MOTION TO SHORTEN TIME TO HEAR MOTION FOR OVERLENGTH RE: RESPONE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUCTION- page 2

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

economy supports an order shortening time so the Motion for Overlength can be heard before or in conjunction with Plaintiff's Motion for Preliminary Injunction.

DATED this 13 day of June 2024.

EVANS, CRAVEN & LACKIE, P.S.


/s/Heather Yakely
HEATHER C. YAKELY, WSBA #28848
*Attorneys for Defendants*
SPOKANE COUNTY, JOHN NOWELS,
*And* SPOKANE COUNTY SHERIFF'S OFFICE
EVANS, CRAVEN & LACKIE, P.S.

DEFENDANTS' MOTION TO SHORTEN TIME TO HEAR MOTION FOR OVERLENGTH RE: RESPONE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION- page 3

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Braden Pence
Mika K. Rothman
Joseph R. Shaeffer
Email:      bradenp@mhb.com
Email:      mikar@mhb.com
Email:      joe@mhb.com

_____
Savannah Youmans, Legal Assistant

DEFENDANTS' MOTION TO SHORTEN TIME TO HEAR MOTION FOR OVERLENGTH RE: RESPONE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUCTION- page 4

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632