JUDGE THOMAS O. RICE

Heather C. Yakely, WSBA #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200
hyakely@ecl-law.com

*Attorney for Spokane County Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES LEIGHTY,<br><br>                               Plaintiffs,<br><br>vs.<br><br>SPOKANE COUNTY, a municipal corporation; SHERIFF JOHN NOWELS, an individual; and SPOKANE COUNTY SHERIFF'S OFFICE, a subdivision of a municipal corporation,<br>                               Defendants. | No.  2:24-cv-00165-TOR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME** |

## BASIS

Defendants Spokane County, Sheriff John Nowels, and Spokane County Sheriff's Office, move the court for an order shortening time to hear their Motion

ORDER GRANTING DEFENDANTS'
MOTION TO SHORTEN TIME - page 1

EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

for Overlength Re: Response to Plaintiff's Motion for Preliminary Injunction hearing noted for July 8, 2024.

## FINDINGS

Based on the record before the court and the argument of counsel, the Court finds that good cause exists to grant Defendants' Motion to Shorten Time.

## ORDER

Defendants' Motion to Shorten Time to Hear Motion for Overlength Re: Response to Plaintiff's Motion for Preliminary Injunction is GRANTED

DATED at Spokane, Washington this ___ day of July, 2024.

_____
THE HONORABLE THOMAS O. RICE

Presented by:

EVANS, CRAVEN & LACKIE, P.S.

/s/Heather Yakely
HEATHER C. YAKELY, WSBA #28848
*Attorneys for Defendants*
SPOKANE COUNTY, JOHN NOWELS,
*and* SPOKANE COUNTY SHERIFF'S OFFICE

Approved as to form;

Notice of Presentment Waived:

ORDER GRANTING DEFENDANTS'
MOTION TO SHORTEN TIME - page 2



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1
2  MACDONALD HOAGUE & BAYLESS
3
4
   By: _____
5  BRADEN PENCE, WSBA#43495
6  MIKA K. ROTHMAN, WSBA#55870
7  JOSEPH R. SHAEFFER, WSBA #33273
   Attorneys for Plaintiff
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30 ORDER GRANTING DEFENDANTS'
   MOTION TO SHORTEN TIME - page 3



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632