JUDGE THOMAS O. RICE

Braden Pence, WSBA #43495
Joe Shaeffer, WSBA #33273
Mika Rothman, WSBA #55870
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104-1745
Phone: 206-622-1604

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| JAMES LEIGHTY,<br><br>        Plaintiff,<br><br>v.<br><br>SPOKANE COUNTY, a municipal corporation; SHERIFF JOHN NOWELS, an individual; and SPOKANE COUNTY SHERIFF'S OFFICE, a subdivision of a municipal corporation,<br><br>        Defendants. | No. 2:24-cv-00165-TOR<br><br>REPLY DECLARATION OF MIKA ROTHMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>NOTED: JULY 8, 2024<br><br>*WITHOUT ORAL ARGUMENT* |

I, Mika Rothman, declare as follows:

1. I am one of the attorneys for Plaintiff James Leighty. I am over the age of 18, and am competent to testify.

2. On June 19, 2024, SCSO posted on its Facebook page about an arrest of a suspect. **Exhibit 1** is a true copy of the post showing comments on the post that

DECLARATION OF MIKA ROTHMAN IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 1

No. 2:24-cv-00165-TOR

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

19619.00002 qj262903

1  remain visible on the SCSO Facebook page. Comments cited by Plaintiff in his
2  Reply are highlighted on pages 4 and 5 of Exhibit 1.

3      3.    On June 11, 2024, SCSO posted on its Facebook page about an arrest
4  of a suspect. **Exhibit 2** is a true copy of the post showing comments on the post that
5  remain visible on the SCSO Facebook page. Comments cited by Plaintiff in his
6  Reply are highlighted on pages 3, 6, and 7 of Exhibit 2.

7      4.    On May 28, 2024, SCSO posted on its Facebook page about an arrest
8  of a suspect. **Exhibit 3** is a true copy of the post showing comments on the post that
9  remain visible on the SCSO Facebook page. Comments cited by Plaintiff in his
10 Reply are highlighted on pages 4 and 5 of Exhibit 3.

11     I declare under penalty of perjury of the laws of the United States of America
12 and the State of Washington that the foregoing is true and correct.

13     DATED this 27th day of June, 2024, at Seattle, Washington.

14
15                                   */s/Mika Rothman*
                                  Mika Rothman

16
17
18
19
20
21
22
23

DECLARATION OF MIKA ROTHMAN IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 2

No. 2:24-cv-00165-TOR

19619.00002 qj262903

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

# CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed this document entitled **Reply Declaration of Mika Rothman in Support of Plaintiff's Motion for Preliminary Injunction** with the Clerk of the Court using the CM/ECF system.

| | |
|---|---|
| **EVANS, CRAVEN & LACKIE, P.S** <br><br> Heather C. Yakely, WSBA #28848 <br> Savannah Youmans, Legal Assistant <br> 818 W. Riverside, Suite 250 <br> Spokane, WA 99201 <br> hyakely@ecl-law.com <br> Syoumans@ecl-law.com <br><br> *Attorney for Defendants Spokane County, John Nowels, and Spokane County Sheriff's Office* | ☒ Via Clerk of the Court (CM/ECF System) <br> ☐ Via Facsimile <br> ☐ Via First Class Mail <br> ☐ Via Email <br> ☐ Via Overnight Delivery |

DATED this 27th day of June, 2024, at Seattle, Washington.

/s/Olivia Doolan
Olivia Doolan, Legal Assistant

DECLARATION OF MIKA ROTHMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 3

No. 2:24-cv-00165-TOR

19619.00002 qj262903

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961