# EXHIBIT 1


**Spokane County Sheriff's Office**
June 19 at 10:32 AM ·

Sharing Information from the U.S. Marshals Pacific Northwest Violent Offender Task Force (PNVOTF) assisted the Spokane County Sheriff's Office, Sexual Assault Unit (SAU) in arresting a suspect charged with several felony child sexual assault/abuse charges.
###

**Accused Child Rapist**, arrested in Spokane, Washington.

**Spokane, WA.**– On June 18th, 2024, at approximately 12:00 PM, 38-year-old Jamell CLOGG was arrested at his residence in the 2300 block of E. 1st Avenue, Spokane, Washington, by the Spokane County Sheriff's Office, Sexual Assault Unit (SAU) and the U.S. Marshals Pacific Northwest Violent Offender Task Force (PNVOTF).

Clogg is accused of raping a 13-year-old girl. He is charged with two counts of Rape of a Child in the Second Degree, two counts of Child Molestation in the Second Degree, Possession of Depictions of a Minor Engaged in Sexually Explicit Conduct in the Second Degree, and Indecent Exposure. The U. S. Marshals PNVOTF developed intelligence that CLOGG was hiding inside the residence and arrested him without incident.

Eastern District of Washington U.S. Marshal Craig Thayer commented, "The partnerships that the United States Marshals Service has with our counterparts in state, local, federal, and tribal law enforcement make possible the excellent results, that are exemplified with this case. Perseverance is often the key to bringing fugitives into custody to answer for the crimes alleged in their warrants."

The U.S. Marshals Pacific Northwest Violent Offender Task Force (PNVOTF) is a U.S. Marshals-led partnership comprised of federal, state, and local law enforcement officers from Washington, Oregon, and Alaska. The task force's primary mission is to locate, arrest and return to the justice system the most violent and egregious federal and state fugitives. US Marshals arrest over 80,000 violent offenders annually.

Additional information about the U.S. Marshals Service can be found at
https://www.usmarshals.gov
####

America's First Federal Law Enforcement Agency
www.usmarshals.gov

EXHIBIT 1 TO ROTHMAN DEC. PG. 1



**U.S. Marshals Service**
Justice. Integrity. Service.    U.S. Department of Justice

For Immediate Release
June 18, 2024

### Accused Child Rapist, arrested in Spokane, Washington.

**Spokane, WA.** – On June 18th, 2024, at approximately 12:00 PM, 38-year-old Jamell CLOGG was arrested at his residence in the 2300 block of E. 1st Avenue, Spokane, Washington, by the Spokane County Sheriff's Office, Sexual Assault Unit (SAU) and the U.S. Marshals Pacific Northwest Violent Offender Task Force (PNVOTF).

Clogg is accused of raping a 13-year-old girl. He is charged with two counts of Rape of a Child in the Second Degree, two counts of Child Molestation in the Second Degree, Possession of Depictions of a Minor Engaged in Sexually Explicit Conduct in the Second Degree, and Indecent Exposure. The U. S. Marshals PNVOTF developed intelligence that CLOGG was hiding inside the residence and arrested him without incident.



Eastern District of Washington U.S. Marshal Craig Thayer commented, "The partnerships that the United States Marshals Service has with our counterparts in state, local, federal, and tribal law enforcement make possible the excellent results, that are exemplified with this case. Perseverance is often the key to bringing fugitives into custody to answer for the crimes alleged in their warrants."

The U.S. Marshals Pacific Northwest Violent Offender Task Force (PNVOTF) is a U.S. Marshals-led partnership comprised of federal, state, and local law enforcement officers from Washington, Oregon, and Alaska. The task force's primary mission is to locate, arrest and return to the justice system the most violent and egregious federal and state fugitives. US Marshals arrest over 80,000 violent offenders annually.

Additional information about the U.S. Marshals Service can be found at https://www.usmarshals.gov.
#####

America's First Federal Law Enforcement Agency
www.usmarshals.gov

---

👍❤️ 148                                                        39 comments    16 shares

| Like | Comment | Share |

**All comments**

**Comment as Mika Kurose Rothman**

**Sandy Shattuck**
and he most likely found his victims on social networks.

5d  Like  Reply  4 👍😢

EXHIBIT 1 TO ROTHMAN DEC. PG. 2


**Ra Kinney**
Outstanding apprehension! 👮🏻‍♂️👍
Too bad these aren't federal charges, but at least he is off the street, for now.
5d  Like  Reply  Edited


**Barbara Veit**
Thank you **Spokane County Sheriff's Office** and US Marshal's
5d  Like  Reply  3 👍


**Elizabeth Lochte**
Show his face.
5d  Like  Reply


**David Parson**
Just another one that will be free soon
3d  Like  Reply


**Shad Bolen**
he wont last in prison when they find out what he's in for
5d  Like  Reply  4 ❤️👍

View all 3 replies


**Sarah Jayne Jeffries**
Sick!! Great job detectives!!
4d  Like  Reply


**Linda Wagner**
Good job. Get them all
5d  Like  Reply  2 👍


**L. M. Malcolm**
Good! 👍
4d  Like  Reply


**Cynthia Bailey**
Thank you all! You are appreciated.
5d  Like  Reply


**Colleen Mahoney Simpson**
Thank you SC Sheriff's office
5d  Like  Reply  Edited  3 👍


**Jean Brons Sutton**
Thanks to our law enforcement 😗
5d  Like  Reply


**Rob Schoenberger**
Great job officers
5d  Like  Reply

EXHIBIT 1 TO ROTHMAN DEC. PG. 3

**Cindy Palmer**
Thank you

5d  Like  Reply

**Alexa Jean**
Great job! Lets just hope the courts don't fail that child, like they keep doing for crimes like this.

5d  Like  Reply

**Libby Smith**
Spokane County Sheriff's Office Very curious why you guys are reporting on the arrest of this one, but don't report on others?

5d  Like  Reply  Edited

**Barbara Potter**
Good Job

5d  Like  Reply

**Sarah Chilton**
AMEN 🙏

5d  Like  Reply

**Alex Price**
Laura Price

5d  Like  Reply

**Mike Hidy**
What a scumbag!

4d  Like  Reply

**John Donohue**
==It's a shame he didn't resist arrest and have to be "put down"==

5d  Like  Reply  13

View 1 reply

**James Blome**
He'll just be sent to McNeil Island, where he can reminisc of his exploits with other horrible people, and learn of new ways to make/send/ receive disgusting content. He can lounge in the library, reading law books to learn how to file all kinds of fri…
See more

5d  Like  Reply    😢

**Carla Coffield Bischoff**
Great job!
Now we need a President to close the border, have stricter laws and build another jail so we can lock these losers up and throw away the keys!!
We shouldn't have this many violent offenders roaming the streets.

4d  Like  Reply

**Penney Wainscott Tee**
No bail for this monster please.

EXHIBIT 1 TO ROTHMAN DEC. PG. 4

**Ron Kelly**
==Tree/rope=no chance of re-offending.==

5d · Like · Reply

**John Barlow**
Put him in prison and KEEP HIM THERE! Unlike the dozens of other repeat felony offenders that get out in days to continue

4d · Like · Reply

EXHIBIT 1 TO ROTHMAN DEC. PG. 5