# EXHIBIT 2

**Spokane County Sheriff's Office**
June 11 at 1:40 PM ·

Naked Convicted Felon, Released from Prison Days Before, Violently Assaults Female Victim, Chasing Her through a Neighborhood and Assaults a Deputy During Arrest

Spokane Valley Deputies responded to a reported naked male chasing and arguing with a female, yelling for help in the 1000 block of N. Bessie Road.  Arriving Deputies located the male suspect, who was completely naked, and the female victim, pleading for help in the 8500 block of E. Sharp Avenue.  They helped the victim escape to safety, but the suspect was uncooperative, yelled gibberish, and would not follow commands.  He tried to run but fell, and Deputies attempted to detain him.  The suspect punched a Deputy in the face and continued to resist efforts to place him in handcuffs.  A Taser was deployed twice, and eventually, the Deputies gained control and took the suspect into custody.

Deputies learned the suspect, a convicted felon with a history of violent, assaultive behavior, had just been released from prison days earlier.  The suspect was transported and booked into the Spokane County Jail for felony charges of Assault 2nd Degree Strangulation with Sexual Motivation (DV) and Assault 3rd Degree.  A Washington State Department of Corrections Hold was placed on him on June 10, 2024.
###

On June 6, 2024, at approximately 2:00 pm, Spokane Valley Deputies responded to a reported possible Domestic Violence call of a large naked male chasing a female who was screaming for help.

A Deputy located the male, later identified as 29-year-old Logan P. L. Ortiz, in the 8500 block of E. Sharp Road.  The Deputy noted Ortiz had a large, muscular build and was indeed completely naked as he walked toward the adult female victim, who was balled up on the stairs/porch of a residence.

The Deputy began giving Ortiz commands, but instead of complying, Ortiz looked at the Deputy, opened his arms, laid down next to the victim, and began hugging her.  The victim was crying, obviously scared, and yelling for help with her hand extended toward the Deputy.  As the Deputy moved closer with his Taser drawn, he told the victim to escape.  She stood up and ran from the porch as the Deputy placed himself between her and Ortiz.

Ortiz remained defiant and would not follow commands.  He resisted efforts to place him in handcuffs, stood up, began yelling the name of a known gang as he clinched his fists, and took a fighting stance.  Otiz continued to ignore commands despite being warned a Taser would be used as additional Deputies arrived to assist.

Deputies continued to try and de-escalate the situation, but Ortiz remained highly agitated and uncooperative, even stating that he was unarmed and Deputies couldn't do anything to him.  Deputies continued to try and calm Ortiz as they backed up, hoping he would step off the cement porch and onto the grass, decreasing the possibility of injury if a Taser was used.  Suddenly, Ortiz ran through the yard but tripped and crashed into a recycle bin and trailer as Deputies tried to gain control quickly.  Ortiz made it back to his feet, struck a Deputy in the face as he tried to get away, and appeared to be readying himself to hit another Deputy.  At this point, a Taser was deployed, which seemed to be effective, causing him to stumble back to a small retaining wall and ball up.

As Deputies tried to place Ortiz in handcuffs, he continued to resist, disconnecting one of the Taser probes.  A second application of a Taser was deployed, and after a short struggle, Deputies

Spokane Valley Fire medics responded to the scene to provide medical treatment. He was transported to the hospital for further evaluation and treatment before being transported and booked into jail.

The victim told Deputies that she and Ortiz dated and lived together in 2020. There had been Domestic Violence incidents in the past, including one where Ortiz strangled her. Once Ortiz was released from prison on June 5, 2024, he messaged the victim, stating he wanted to see her. She declined due to the late hour but admitted she felt bad for him and agreed to meet during the day.

On June 7, 2024, Otiz arrived by bus, and they talked a little before Ortiz asked to use the bathroom. She said he was gone for several minutes, and when she went to check on him, Ortiz was lying naked on her bed. The victim told him he needed to leave, but he didn't and grabbed her arm, pulling her toward the bed. Ortiz refused to leave until she got into bed with him. When she said no, he dragged her onto the bed, put his hands around her neck, and began to strangle her. She couldn't breathe but managed to roll him off her, and she tried to flee the residence.

Ortiz caught up to her and again began to strangle her. The victim elbowed him, broke free from his grasp, and ran out of her home while yelling for help. Ortiz, still completely naked, chased her down the street and through the neighborhood. During her escape, Ortiz caught her again, took her to the ground, and began strangling her. The victim felt like she was starting to lose consciousness when a neighbor intervened, asking what was going on. Ortiz released the victim and began to approach the neighbor aggressively while talking gibberish before chasing after the victim again.

Eventually, he caught up to her in the 8500 block of E. Sharp, where the victim was attempting to get help at a residence, and the initial Deputy arrived, later taking Ortiz into custody.

The victim was provided medical attention at the scene and was transported to the hospital for additional treatment and evaluation.

Deputies confirmed Ortiz had just been released from prison and was on supervised probation for Burglary 1st Degree and Assault 2nd Degree with a Deadly Weapon. He also had a criminal history showing charges of Assault 3rd Degree, Criminal Trespass, Residential Burglary, Retail Theft, Assault 4th Degree, Malicious Mischief, and Domestic Violence Order Violation.

Ortiz was medically cleared and booked into the Spokane County Jail for Assault 2nd Degree Strangulation with Sexual Motivation (DV) and Assault 3rd Degree. During his first appearance in court, Spokane County Superior Court Commissioner set Ortiz's total bond at $50,000. A Washington State Department of Corrections Hold was also placed on him, preventing his release.

The Deputy who was punched was not severely injured and returned to work.



👍😮😡  146                                                              84 comments   14 shares

👍 Like                                    💬 Comment                                    ↪ Share

All comments ▾

Comment as Mika Kurose Rothman

**Tracy Spitz**
Vote for people who keep criminals behind bars Spokane!!!
1w   Like   Reply                                                              6 👍

**Dave Nelson**
But at least he didn't leave black marks on the pride mural downtown.
1w   Like   Reply                                                       13 👍😄

**Waco Payne**
<mark>Please bring back the death penalty.</mark>
1w   Like   Reply   👍

**Paola Maria**
It really is unfortunate that the Judiciary can't be held responsible. Excellent job, Deputies. 🙏
1w   Like   Reply                                                         21 👍

**Maria F Freedom**
He shows a very callous disregard for that woman's life and for the public at large.

**Jennifer Denton**
The justice system is broken.
1w · Like · Reply · 14 👍
View all 4 replies

**Waco Payne**
Thank you **Spokane County Sheriff's Office** for doing what you can. You guys rock.
1w · Like · Reply · 3 👍

**Sheila Bechtel**
Wow she never learns...smh
1w · Like · Reply
View all 6 replies

**Beckie Shelly**
Vote better!
1w · Like · Reply · 👍

**Cosmo Robinson**
Why do I feel like this will just happen again 😕
1w · Like · Reply · 9 👍
View 1 reply

**Lorry Watts - Fitzpatrick**
Unhinged. I pray the lady gets help & understands he just wanted Sex. I'm so thankful she escape.
1w · Like · Reply · 😡
View all 2 replies

**Kathy Meyer**
So who let him out on the prior charges? Cruz? Sick of these people being able to get released so easily.
1w · Like · Reply · 9 👍❤️
Spokane County Sheriff's Office replied · 19 Replies

**Bob Salsbury**
3 strikes
1w · Like · Reply · 2 👍
View all 2 replies

**Amanda Hunt**
I hope that mence to society is locked up and they throw away the key.
1w · Like · Reply · Edited · 👍

**Mt. Adams Area Emergency & Info page** · **Follow**
Oh that poor woman I'm so glad HELP arrived! I lived through domestic violence

 **Michael Anderson**
He'll be at Eastern in no time.
1w · Like · Reply — 3 👍

 **Valeræ Cofféy**
So many #NakedNeighbors in this town
1w · Like · Reply — 2 😁

 **E Dee Taylor**
Great job officers. How frightening that had to have been for that lady. Praying for your safety officers.
1w · Like · Reply · Edited 👍

 **Kootenai Co. Substance Abuse Council** · Follow
That's just great they are closing prisons. Sarcasm there. BUT HE IS NOT OR SHOULD NOT BE A MINIMUM SECURITY.
1w · Like · Reply

 **Loran Dean Langenfeld**
Makes No Sense
1w · Like · Reply

 **Brendan Flynn**
And he's probably out already
1w · Like · Reply

 **Autumn Nixdorf**
Just wow...
1w · Like · Reply

 **Jim Thompson**
Typical unfortunately you have those fellas who just don't learn their lessons until they are convicted and doing life without parole. But I was just having a moment. Well that's fine until your moment seeps into our moments. Time to be honest with you... See more
1w · Like · Reply

 **Miles Lee Kelsey**
#visitspokane
1w · Like · Reply 👍

 **Michelle Benavides**
Just wow.
1w · Like · Reply

 **Corey Douglas**
Big surprise
1w · Like · Reply

**Alex Price**
Laura Price
1w · Like · Reply

**Lori Otis**
The world would be a better place if they locked this predator up for life.
1w · Like · Reply — 3

**Patrick Karr**
1. Don't release violent offenders. Name the judge, work to vote against
2. Non-lethal earlier repeatedly: taser, beanbags
3. More K9s used to control violent offenders
1w · Like · Reply — 6

Spokane County Sheriff's Office replied · 3 Replies

**Josh Cass**
==Another one that should be planted in the ground. Too bad the neighbor didn't do us all the favor==
1w · Like · Reply — 4

**Justin Mars**
He will get a slap on the wrist and released by the incredibly weak justice system, here in Washington State
1w · Like · Reply

**Ann KT**
Psychopaths have a broken brain they cannot be rehabilitated. keep them locked up.
1w · Like · Reply

**Tom Burgess**
So sad this woman had to be terrorized by this horrible criminal.
Good job Sheriffs on catching him and maybe the judges will keep him off the street now.
1w · Like · Reply

**Mike Schumacher**
This upstanding citizen needs to be paroled again and next time, stay off the FEN-FEN.
1w · Like · Reply · Edited — 3

**CJ Lake**
The sheriff's dept needs a team that just ropes the whackadoodles. Like team ropers at the rodeo.
You couldn't pay me enough to deal with this insanity. 🫠
1w · Like · Reply

**Abby Gilstrap Leman**
I would support an off-planet prison system, especially for repeat and/or violent offenders. Let them float around space for years and may the odds be ever in their favor.
1w · Like · Reply

**Elsie Stewart**
Please keep this jerk locked up!

EXHIBIT 2 TO ROTHMAN DEC. PG. 7

**Laura Marie Stewart**
And they were worried about tasing him on cement because he might get hurt? Wtf? I'm gonna say I thiiiiink it would have been warrented 😐 🤦‍♀️
1w · Like · Reply

**Joe Davis**
Tased twice? Couldn't they have given a warning tase? Cops just driving around looking to tase naked guys while a pack of feral kids ride without pride on a crosswalk.
1w · Like · Reply

Spokane County Sheriff's Office replied · 3 Replies

**Mike Kalous**
To bad you had to use a tazer would be nice if you could just go lethal
1w · Like · Reply