# EXHIBIT 3

      

 **Spokane County Sheriff's Office**
May 28 at 12:46 PM ·

Reckless Teen Suspect Arrested after Slamming a Stolen Van into Unsuspecting Motorist and then Fleeing on Foot

Spokane County Sheriff's Office Deputies and Traffic Unit Investigators responded to a two-car collision at the intersection of N. Calispel Street and W. Lyons Avenue.  The driver of a Dodge Caravan, a juvenile male, the three juvenile passengers (2 females/1 male), and the driver of the other vehicle involved an adult male, all sustained minor or what is believed to be non-life-threatening injuries.   The juvenile suspect attempted to flee on foot, failing to check the condition of the driver of the vehicle he hit or the welfare of his passengers.  He was soon located by a K9 Unit hiding in a backyard, complied with commands, and was arrested without incident.  He was transported to the Spokane County Juvenile Detention Center, where he was booked on several felony and misdemeanor charges.
###

On May 27, 2024, at approximately 12:20 pm, Spokane County Sheriff's Deputies responded to a reported crash with injuries at the intersection of N. Calispel Street and W. Lyons Avenue, involving a blue Dodge Caravan and a white Kia Sole.  Witnesses stated the van was traveling approximately 50 mph on a posted 25 mph residential street just before the collision.  The 17-year-old juvenile driver of the Caravan fled on foot and was described as a white male with long brown hair and a beard, wearing Chuck Taylor shoes and a black T-shirt with Doberman Pinchers on the front.

Deputies arrived, established a perimeter, and contacted involved persons and witnesses as part of the investigation.

Deputies learned the blue van was recklessly driving north on Calispel at excess speed, ignored the stop sign, and collided with a 2016 Kia Sole traveling east on Lyons Avenue.  The van continued north and collided with an unoccupied, parked 2010 Ford Focus, propelling it forward approximately 60 feet.  Witnesses stated, the juvenile suspect driver ran toward the backyard of a home in the 6700 block of N. Calispel.

Deputies began to search for the suspect with the assistance of a UAS (Unmanned Aerial System) and a K9 Unit, as they gave multiple announcements/warnings advising the suspect to surrender.

The K9 tracked to a chain link fence near a shop and a pile of firewood in the backyard of a home, where the K9 appeared to have a change in behavior.  Before continuing, Deputies provided another K9 warning, advising the suspect that he was being tracked by a law enforcement K9 and that if he failed to surrender, the K9 may bite him.  Shortly after the warning, the juvenile suspect wisely called out, identifying his location near the woodpile, followed commands, and was taken into custody without further incident.

Due to Washington State law, Deputies did not question the juvenile.  A check of his name showed that he is a 2-time convicted felon (Robbery 2nd Degree and Assault 2nd Degree) and that he did not have a valid driver's license.  Deputies contacted the owner of the Dodge and learned he gave the juvenile suspect permission to sleep/stay in the van but expressly told the suspect that he could not drive it because he did not have a license.  He told Deputies that he wanted to report the van as stolen and was desirous of pursuing charges.

The three juvenile passengers in the Dodges were transported to the hospital for additional care

EXHIBIT 3 TO ROTHMAN DEC. PG. 1

The juvenile suspect was transported and booked into the Spokane County Detention Center for Vehicular Assault (2 counts), Vehicle Hit-and-Run (Injury), and Theft of a Motor Vehicle.

This remains an active investigation, and additional charges/arrests are possible.



EXHIBIT 3 TO ROTHMAN DEC. PG. 2

4w  Like  Reply                                               17 👍😮

**Ann Schluting**
Time for teen boot camp. Make him cry like a little girl.

4w  Like  Reply                                               16 👍

View all 3 replies

**David Parson**
Yup, that's the judges fault, charge the criminal judges

4w  Like  Reply                                               👍

**Marsha Robertson**
2 time convicted felon at 17!!

4w  Like  Reply         8 👍😮😡

View 1 reply

**Beth Feser**
That child needs to spend some time on a work crew and learn some manners and maybe get a little common sense. He's headed for prison on the path he's on.

4w  Like  Reply                                               12 👍

View all 5 replies

**Kriss Hassebrock**
Well. Obviously he didn't learn the first time. Second time around 🖕

4w  Like  Reply                                               4 👍

**Laura Williams**
This kid is having a difficult time learning how to be a productive member of society, taking responsibility to his choices and learning from consequences. Let's hope he's teachable and willing to learn from it, before it's too late.

4w  Like  Reply                                               14 👍😂😡

View all 5 replies

**Marcy Mongan**
Seriously!!! There is no excuse !

4w  Like  Reply         4 👍

**Cindy Cohen Collins**
Prison time

4w  Like  Reply  👍

View all 3 replies

**Adam Purdy**
What washington law prevents juvenile suspects from being questioned at the scene of a crime?

EXHIBIT 3 TO ROTHMAN DEC. PG. 3



**Spokane County Sheriff's Office** replied · 10 Replies

**Miles Lee Kelsey**
#visitspokane
4w  Like  Reply

**Michael Schmidt**
Charge them as adults
4w  Like  Reply

**Danae Ayusso**
Dash cams are so important.
4w  Like  Reply    5

View 1 reply

**Tim Morgan**
so where does the Focus come into this story?
4w  Like  Reply    😁

**Spokane County Sheriff's Office** replied · 1 Reply

**Marvin Wright**
Great job 👏 thank you for your service
4w  Like  Reply    2

**Shannon Thomas Cary-Stevens**
who steals a van
4w  Like  Reply    😁

View 1 reply

**James Lacey**
Lucky no one past away....
2w  Like  Reply

**Alex Price**
Laura Price
4w  Like  Reply

**Brendan Flynn**
Wow
4w  Like  Reply

**Mary La Mere Stilson**
Let's start beating kids again 🤦‍♀️
4w  Like  Reply    4

View all 2 replies

**Karin Lester**

EXHIBIT 3 TO ROTHMAN DEC. PG. 4



**Stacey Palm**
Yeah, get mad at the kid. Because we all know it's every teen's dream to become a degenerate and a thief.

**Branden Randy Rauenzahn**
**Stacey Palm** dam right get mad at the kid!! He's worthless!!

View all 2 replies

**Valeræ Afféy**
**Stacey** at 17 he is of sound mind and body to make decisions that impact his life and the life of others around him permanently. Yes, be mad at this young adult. He made these choices and harmed others in this instance and is already a convicted felon. ... See more

View all 2 replies

**Lincoln Mercado**
**Stacey Palm** nowdays it is

**Kelly Koozer**
**Stacey Palm** He's 17 and a felon... he made choices. He needs to be accountable.

**Stacey Palm**
**Kelly Koozer** Choices? Expert in the human mind body and psychology? Nope! Everyone should know the human brain doesn't finish developing until between ages 22-25. Those who don't need to go back to school and pay attention instead of making ignorant statements.

🖊 Author
**Spokane County Sheriff's Office**
**Stacey Palm** he knows right from wrong, and he definitely understands that his actions could result in the loss of his freedom. That's what is needed in criminal law. If you wish to believe as you do, that's fine, you are free to do so, but a person's criminal actions that risk the safety of others in the community need to have consequences. Making excuses or minimizing those actions only serves to enable bad behavior.

EXHIBIT 3 TO ROTHMAN DEC. PG. 5



Kim Sonnenberg-Englehart
**Stacey Palm** So set aside all the wrong choices he's making that injured others and could have killed people because he is 17 and his brain isn't fully developed? Is that your solution here?? Give me a break, this kid knows right from wrong. If that is ... **See more**

4w Like Reply 2

Branden Randy Rauenzahn
**Stacey Palm** lol!! Maybe on your house, our house you knew better long before 17.

4w Like Reply

Reply to Kelly Koozer

Reply to Stacey Palm

Cathy Howe Sage
Horrible.

4w Like Reply

Linda Yarwood Jensen
Good dog 🐕!!

4w Like Reply