JUDGE THOMAS O. RICE

Braden Pence, WSBA #43495
Joe Shaeffer, WSBA #33273
Mika Rothman, WSBA #55870
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104-1745
Phone: 206-622-1604

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| JAMES LEIGHTY,<br><br>    Plaintiff,<br><br>v.<br><br>SPOKANE COUNTY, a municipal corporation; SHERIFF JOHN NOWELS, an individual; and SPOKANE COUNTY SHERIFF'S OFFICE, a subdivision of a municipal corporation,<br><br>    Defendants. | No. 2:24-cv-00165-TOR<br><br>STIPULATION AND ORDER ENTERING PERMANENT INJUNCTION<br><br>2/20/2025<br>Without Oral Argument |

## STIPULATION

This matter comes before the Court upon the stipulation of Plaintiff James Leighty and Defendants Spokane County, Sheriff John Nowels, and the Spokane County Sheriff's Office for the entry of a stipulated order granting a permanent injunction.

STIPULATION AND ORDER ENTERING PERMANENT INJUNCTION - 1

No. 2:24-cv-00165-TOR

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

Plaintiff brought this action for violations of the First Amendment by Defendants through censorship of Plaintiff's comments on its official Facebook Page.

Defendants agree to the following permanent injunctive terms:

1. Defendants agree to be enjoined from enforcing its social media Disclaimer against Plaintiff (or anyone else) by "hiding" or otherwise removing from public view speech protected by the First Amendment.
2. Defendants have turned off the ability of any Facebook user to comment on the County's Facebook page and agree to be enjoined from turning back on the comments without future leave from the Court.
3. Hidden comments prior to the date of Plaintiff's complaint, May 21, 2024, are not subject to this Order.
4. These named Defendants agree to be bound by these terms for the duration of Sheriff Nowels term in office. Sheriff Nowels may seek a modification to this Order in the event that there are any substantive legal changes to social media and First Amendment rights during his tenure.
5. The parties further agree that this Order encompasses the understanding that any future Sheriff may seek to modify this order by filing a motion with this Court.

### 1) ORDER

Based on the foregoing stipulation and having reviewed the pleadings, the Court finds that requirements for entry of a permanent injunction have been met, and hereby ORDERS that until a further order from this Court:

STIPULATION AND ORDER ENTERING PERMANENT INJUNCTION - 2

No. 2:24-cv-00165-TOR

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

1. Defendants agree to be enjoined from enforcing its social media Disclaimer against Plaintiff (or anyone else) by "hiding" or otherwise removing from public view speech protected by the First Amendment.

2. Defendants have turned off the ability of any Facebook user to comment on the County's Facebook page, and are hereby enjoined from turning back on the comments without future leave from the Court.

3. Sheriff Nowels may seek an Order to modify or vacate this Order based upon any substantive legal changes in social media and First Amendment rights.

4. Any future Sheriff of Spokane County may seek an Order to modify or vacate this Order.

DATED this _____ day of _____, 2025.

Hon. Thomas O. Rice
United States District Court Judge

STIPULATION AND ORDER ENTERING PERMANENT INJUNCTION - 3

No. 2:24-cv-00165-TOR

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

| | |
|---|---|
| EVANS, CRAVEN & LACKIE, P.S. | MacDONALD HOAGUE & BAYLESS |
| By: */s/Heather Yakely*<br>Heather C. Yakely, WSBA #28848<br>hyakely@ecl-law.com<br>*Attorney for Defendants Spokane County and John Nowels* | By: */s/Braden Pence*<br>Braden Pence, WSBA #43495<br>Joe Shaeffer, WSBA #33273<br>Mika Rothman, WSBA #55870<br>BradenP@mhb.com<br>Joe@mhb.com<br>MikaR@mhb.com<br><br>*Attorneys for Plaintiff* |

STIPULATION AND ORDER ENTERING PERMANENT INJUNCTION - 4

No. 2:24-cv-00165-TOR

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

# CERTIFICATE OF SERVICE

I, Lucas Wildner, declare under penalty of perjury under the laws of the United States of America that I caused to be served in the manner noted below a copy of the foregoing document on the following participant(s):

| **EVANS, CRAVEN & LACKIE, P.S**<br><br>Heather C. Yakely, WSBA #28848<br>Savannah Youmans, Legal Assistant<br>818 W. Riverside, Suite 250<br>Spokane, WA 99201<br>hyakely@ecl-law.com<br>Syoumans@ecl-law.com<br><br>*Attorney for Defendants Spokane County, John Nowels, and Spokane County Sheriff's Office* | ☒ Via Clerk of the Court (CM/ECF System)<br>☐ Via Facsimile<br>☐ Via First Class Mail<br>☐ Via Email<br>☐ Via Overnight Delivery |
|---|---|

DATED this 13th day of February, 2025, at Seattle, Washington.

*/s/Lucas Wildner*
Lucas Wildner, Legal Assistant

STIPULATION AND ORDER ENTERING PERMANENT INJUNCTION - 5

No. 2:24-cv-00165-TOR

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961