JUDGE THOMAS O. RICE

BRADEN PENCE
JOSEPH R. SHAEFFER
MIKA K. ROTHMAN
MacDONALD HOAGUE & BAYLESS
705 Second Ave, Suite 1500
Seattle, WA 98104
Telephone: 206-622-1604
bradenp@mhb.com
joe@mhb.com
mikar@mhb.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| JAMES LEIGHTY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SPOKANE COUNTY, a municipal corporation; SHERIFF JOHN NOWELS, an individual; and SPOKANE COUNTY SHERIFF'S OFFICE, a subdivision of a municipal corporation,<br><br>　　　　　　Defendants. | No. 2:24-cv-00165-TOR<br><br>JOINT MOTION AND ORDER FOR ENTRY OF STIPULATED FINAL JUDGMENT<br><br>NOTED FOR MARCH 6, 2025 |

## I.  STIPULATION

Plaintiff Jim Leighty and Defendants Spokane County, Sheriff John Nowles, and the Spokane County Sheriff's Office have resolved all matters in dispute

JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT
AND ORDER - 1

No. 2:24-cv-00165-TOR

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

arising from the conduct alleged in the Complaint, Dkt. 1. The parties agreed to, and the Court entered, a Stipulated Permanent Injunction which constitutes final judgment in this matter. Dkt. 18. Now, the parties hereby stipulate to an entry of judgment against Defendants with respect to injunctive relief only.

## II.    ORDER

By stipulation of the parties, and having reviewed the pleadings in this case, and being otherwise fully advised in this matter, the Court hereby ORDERS:

1. Judgment is hereby entered in favor of Plaintiff Jim Leighty against Defendants as to injunctive relief.

2. The parties agree to bear their own costs and attorney fees and waive any claim they have concerning costs and attorney fees arising from this matter to date.  All claims for damages have also been resolved and are not part of this judgment.

3. The parties waive all rights to appeal or otherwise challenge or contest the validity of this Order except as specifically set forth in the Stipulated Permanent Injunction, Dkt. 18.

4. This Court retains jurisdiction of this matter for purposes of construction, modification, and enforcement of the Stipulated Permanent Injunction, Dkt. 18.

DATED this _____ day of _____, 2025.

_____
Hon. Thomas O. Rice
United States District Court Judge

JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT
AND ORDER - 2

No. 2:24-cv-00165-TOR

**MACDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

PRESENTED BY:

MacDONALD HOAGUE & BAYLESS

By: /s/ Braden Pence
Braden Pence, WSBA #43495
Joe Shaeffer, WSBA #33273
Mika Rothman, WSBA #55870
BradenP@mhb.com
Joe@mhb.com
MikaR@mhb.com

*Attorneys for Plaintiff*

EVANS, CRAVEN & LACKIE, P.S.

By: /s/ Heather C. Yakely
Heather C. Yakely, WSBA #28848
hyakely@ecl-law.com

*Attorney for Defendants Spokane County and John Nowels*

JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND ORDER - 3

No. 2:24-cv-00165-TOR

**MacDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

## CERTIFICATE OF SERVICE

I hereby certify that I caused the following to be electronically filed with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following parties:

**<u>Attorneys for Defendants</u>**

Heather C. Yakely, #28848
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
Email: hyakely@ecl-law.com

DATED this 27th day of February, 2025, at Seattle, Washington.

  */s/ Lucas Wildner*
Lucas Wildner, Legal Assistant

JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT
AND ORDER - 4

No. 2:24-cv-00165-TOR

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961