FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| JAMES LEIGHTY,<br><br>    Plaintiff,<br><br>    v.<br><br>SPOKANE COUNTY, a municipal corporation; SHERIFF JOHN NOWELS, an individual; and SPOKANE COUNTY SHERIFF'S OFFICE, a subdivision of a municipal corporation,<br><br>    Defendants. | No. 2:24-CV-0165-TOR<br><br>ORDER FOR ENTRY OF STIPULATED FINAL JUDGMENT |

## I.  STIPULATION

Plaintiff Jim Leighty and Defendants Spokane County, Sheriff John Nowels, and the Spokane County Sheriff's Office have resolved all matters in dispute arising from the conduct alleged in the Complaint, Dkt. 1. The parties agreed to, and the Court entered, a Stipulated Permanent Injunction which constitutes final judgment in this matter. Dkt. 18. Now, the parties hereby stipulate to an entry of judgment against Defendants with respect to injunctive relief only.

## II.  ORDER

By stipulation of the parties, and having reviewed the pleadings in this case, and being otherwise fully advised in this matter, the Court hereby ORDERS:

ORDER FOR ENTRY OF STIPULATED FINAL JUDGMENT  - 1

1. Judgment is hereby entered in favor of Plaintiff Jim Leighty against Defendants as to injunctive relief.

2. The parties agree to bear their own costs and attorney fees and waive any claim they have concerning costs and attorney fees arising from this matter to date. All claims for damages have also been resolved and are not part of this judgment.

3. The parties waive all rights to appeal or otherwise challenge or contest the validity of this Order except as specifically set forth in the Stipulated Permanent Injunction, Dkt. 18.

4. This Court retains jurisdiction of this matter for purposes of construction, modification, and enforcement of the Stipulated Permanent Injunction, Dkt. 18.

The Clerk shall **CLOSE** the file.

DATED this 28th day of February 2025.



THOMAS O. RICE
United States District Court Judge

ORDER FOR ENTRY OF STIPULATED FINAL JUDGMENT - 2