AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 28, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JAMES LEIGHTY<br>*Plaintiff*<br>v.<br>SPOKANE COUNTY, a municipal corporation;<br>SHERIFF JOHN NOWELS, an individual; and<br>SPOKANE COUNTY SHERIFF'S OFFICE, a subdivision of a municipal corporation,<br>*Defendant* | Civil Action No. 2:24-CV-0165-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is hereby entered in favor of Plaintiff Jim Leighty against Defendants as to injunctive relief.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

Date: 2/28/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham